UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-24782-CIV-ALTONAGA/Torres

XL FUNDING, INC.,

    Plaintiff,

v.

JOHN J. GRIGGS III, an individual,
and CROSS K. MOCERI, an individual,

    Defendants.

_____/

**PLAINTIFF XL FUNDING, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff XL Funding, Inc. ("Plaintiff"), by and through undersigned counsel, hereby files this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to this Court's Order [D.E. #4], and states as follows:

1. The name of each person, associated persons, firm partnerships or corporations that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to any party in the case:

    **XL Funding, Inc.**

    **John J. Griggs, III**

    **Cross K. Moceri**

    **BP Student Holdings, LLC**

    **BP Riverside Manager, LLC**

    **Presidium Group, LLC**

    **Glen H. Waldman, Esq.**

    **Michael A. Sayre, Esq.**

       **Waldman Barnett, P.L.**

       **Daniel E. Gonzalez, Esq.**

       **Joshua Fordin, Esq.**

       **Hogan Lovells, LLP**

       **Harris Y. Wells, Esq.**

       **Michael K. Oldham, Esq.**

       **Reynolds Frizzell LLP**

2.     XL Funding, Inc. is wholly owned by Viterbi Services, Ltd.

Plaintiff certifies that, except as disclosed above, it is unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: November 30, 2020.

                                                  Respectfully Submitted,

                                                WALDMAN BARNETT, P.L.
                                                3250 Mary Street, Suite 102
                                                Coconut Grove, Florida 33133
                                                Telephone No: (305) 371-8809
                                                Facsimile: (305) 448-4155

                                                By:\_\_\_/s/ *Glen H. Waldman*_____
                                                    Glen H. Waldman, Esq.
                                                    Fla. Bar No. 618624
                                                    Michael A. Sayre, Esq.
                                                    Fla. Bar. No. 17607

                                                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on November 30, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

                                                      _/s/ *Glen H. Waldman*__
                                                      Glen H. Waldman, Esq.