UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-cv-24782-CIV-ALTONAGA/Torres

XL FUNDING, INC.,

    Plaintiff,

v.

JOHN J. GRIGGS III, an
Individual; and CROSS K.
MOCERI, an individual

    Defendants.
_____/

**PLAINITFF'S NOTICE OF INTENT TO CONDUCT JURISDICTIONAL DISCOVERY AND PROPOSED WORKING SCHEDULE FOR JURISDICTION DISCOVERY**

Plaintiff, XL FUNDING, INC. ("XL"), by and through undersigned counsel and pursuant to the Court's December 7, 2020 Order [D.E. #16], hereby files its Notice of Intent to Conduct Jurisdictional Discovery and Proposed Working Schedule for Jurisdictional Discovery:

1.    XL—through this Notice—informs the Court of its intent to conduct jurisdictional discovery.

2.    XL proposes the below working schedule for jurisdictional discovery:

| EVENT | DEADLINE |
|---|---|
| Defendants File Motion to Dismiss or to Compel Arbitration[1] | January 4, 2021 |

---

[1] Pursuant to this Court's Order [D.E. #6] Defendants are not required to respond to the Complaint until Defendant Chris K. Moceri is served. Morceri has not yet been served. XL, on or about November 27, 2020, asked opposing counsel to accept service. Opposing counsel—as of the filing of this Notice—has not agreed to accept service on behalf of Moceri. Given this, XL funding would request that the Court either (a) require Defendant Griggs to file his Motion to Dismiss/Compel Arbitration; or (b) require Moceri—before December 21, 2020—to accept service of process or indicate a location, date and time on which he can be served .

{00356093.DOCX }

| | |
|---|---|
| Plaintiff propounds interrogatories, requests for production and/or requests for admission. | January 8, 2021 |
| Defendants respond to interrogatories, requests for production (and provide responsive documents) and/or requests for admission. | January 22, 2021 |
| To the extent there are objections to the propounded discovery, deadline for Plaintiff to file Motion to Compel. | January 29, 2021 |
| Deadline for Defendants response to Motion to Compel | February 5, 2021 |
| Deadline for Reply in Support of Motion to Compel | February 10, 2021 |
| Deadline for Plaintiff to conduct depositions. | February 26, 2021 |
| Deadline for Plaintiff to respond to Defendants Motion to Dismiss/Compel Arbitration. | March 10, 2021 |

Dated: December 11, 2020.

Respectfully Submitted,

WALDMAN BARNETT, P.L.
3250 Mary Street, Suite 102
Coconut Grove, Florida 33133
Telephone No:  (305) 371-8809
Facsimile:  (305) 448-4155

By:___/s/ *Glen H. Waldman*_____
         Glen H. Waldman, Esq.
         Fla. Bar No. 618624
         Michael A. Sayre, Esq.
         Fla. Bar. No. 17607
         *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 11, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

                                            /s/ *Glen H. Waldman*
                                            Glen H. Waldman, Esq.