UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


MIAMI DIVISION


CASE NO.   20-cv-24782-CIV-ALTONAGA/Torres



XL FUNDING, INC.,

          Plaintiff,

v.

JOHN J. GRIGGS, III, an individual;
and CROSS K. MOCERI, an individual.

          Defendants.

- - - - - - - - - - - - - - - - - - x




                    Zoom
                    February 16, 2021
                    2:00 p.m. - 3:26 p.m.



       ZOOM VIDEOCONFERENCE DEPOSITION OF
              JOHN J. GRIGGS, III



     Taken before JAN L. BRONIS, Registered

Professional Reporter and Notary Public for the

State of Florida at Large, pursuant to Notice of

Taking Deposition filed in the above cause.

Exhibit 2

60ad8a76-61f0-4595-91ca-f14f3c94a992

Page 2

```
 1    APPEARANCES (Via Zoom):

 2

      WALDMAN BARNETT, P.L.
 3    3250 Mary Street, Suite 102
      Coconut Grove, Florida 33133
 4    BY:  MICHAEL A. SAYRE, ESQ.
      On behalf of the Plaintiff
 5    Tele:  (305) 371-8809

 6

      REYNOLDS FRIZZELL, LLP
 7    1100 Louisiana, Suite 3500
      Houston, Texas 77002
 8    BY:  HARRIS WELLS, ESQ.

 9    On behalf of the Defendants

10    Tele:  (713) 485-7207

11

12

13

14

15

16

17

18

19

20

21     ALSO PRESENT (Via Zoom):

22

23

24     Matthew Meza, Esq.

25   _____
```

Choice - United

Exhibit 2

60ad8a76-61f0-4595-91ca-f14f3c94a992

Page 3

```
 1                    I N D E X

 2

 3

 4  Examinations                          Page

 5

 6

 7

 8  JOHN J. GRIGGS, III                     4

 9

10  DIRECT EXAMINATION BY MR. SAYRE         4

11

12

13

14                  E X H I B I T S

15  No.                                   Page

16

17  Exhibit 33 for Identification          5

18  Exhibit 34 for Identification         24

19  Exhibit 35 for Identification         33

20  Exhibit 36 for Identification         39

21  Exhibit 37 for Identification         45

22

23  (The exhibits were marked by the court

24  reporter post deposition and were e-mailed

25  to all counsel.)
```

60ad8a76-61f0-4595-91ca-f14f3c94a992

Page 4

1  Thereupon--

2                       JOHN J. GRIGGS, III

3  was called as a witness by the Plaintiff and,

4  having been first duly sworn, testified as follows:

5                       DIRECT EXAMINATION

6  BY MR. SAYRE:

7      Q.   Good afternoon, Mr. Griggs.  Thank you for

8  being here.

9      A.   Yes.  Good afternoon.

10     Q.   If you wouldn't mind giving your name and

11  spelling it for the court reporter.

12     A.   Sure.  It's John, J-o-h-n, Joseph,

13  J-o-s-e-p-h, Griggs, G-r-i-g-g-s, III.

14     Q.   All right.  And, John, are you here today

15  pursuant to a Notice of Deposition?

16     A.   Yes.

17     Q.   All righty.  And I'm going to pop that one

18  up on the screen.  And is this the Re-Notice of

19  Taking Deposition that brings you here today, to

20  your knowledge?

21     A.   To my knowledge, it is, yes.

22     Q.   All right.  And have you seen this

23  document before?

24     A.   I believe I have, yes.

25     Q.   Okay.  All right.

60ad8a76-61f0-4595-91ca-f14f3c94a992

Page 5

1          MR. SAYRE:  We're going to mark this as

2     Exhibit 33 because we've agreed to go

3     consecutively.  I believe that's right,

4     Harris?

5          MR. WELLS:  That sounds correct, yes.

6          MR. SAYRE:  All right.

7          (Post deposition, the document was marked

8     Exhibit 33 for Identification in the

9     proceeding.)

10 BY MR. SAYRE:

11     Q.   All right.  I am going to stop share.

12      John, why don't you give us a little bit of

13 your background.  And I don't need the whole story,

14 but my understanding is you were trained as a

15 lawyer; is that right?

16     A.   That's correct, yes.

17     Q.   All right.  And did you, like Cross,

18 practice mergers and acquisitions out in California

19 for a while?

20     A.   Corporate law in California, yes,

21 including mergers and acquisition, yes.

22     Q.   Did you practice in the same firm Cross

23 did?

24     A.   For two years, I did.

25     Q.   What was the name of the firm?

1    A.    Milbank Tweed.

2    **Q.    Okay.  That's a big New York firm; isn't**

3 **it?**

4    A.    It is, yes.

5    **Q.    All right.  And just to cut through it,**

6 **Cross says he moved out to Texas and you followed**

7 **not too far after; is that right?**

8    A.    Yeah, that's true.

9    **Q.    All right.  Was it about 2007?**

10   A.    About 2000 -- yeah, that I -- 2005, 2006,

11 I started spending a fair amount of time in Texas

12 and I think I officially became a resident in '06,

13 '07, yeah.

14   **Q.    Okay.  And what brought you to Texas?**

15   A.    The pursuit of real estate opportunities.

16   **Q.    And did you immediately start working with**

17 **Cross, or did you work independently of Cross when**

18 **you first moved out to Texas?**

19   A.    We were working together when I moved

20 there.

21   **Q.    And what was the name of the company that**

22 **you were working at together?**

23   A.    So, I mean, we had -- each of the assets

24 that we had partnership interests in had -- you

25 know, had separate special purpose entities.  The

Page 7

1  company that I think I was employed by was called

2  Centaurus Property Management, LLC.

3      Q.   **What were the assets that you initially**

4  **were involved in when you moved out to Texas?**

5      A.   There were some apartment complexes in the

6  Dallas/Fort Worth area and in the Houston area.

7      Q.   **And you're familiar with a company called**

8  **Presidium; correct?**

9      A.   Correct.

10     Q.   **All right.  And when was the first --**

11  **because I know Presidium's got a bunch of entities**

12  **involved with it, maybe separate LLCs.  When was**

13  **the first Presidium entity formed?**

14     A.   That's a good question.  I believe --

15  well, we purchased a, Cross and I and other

16  investors, a company called Presidium Asset

17  Solutions, which was a loan servicer based in

18  Minneapolis.  I believe that was in 2011.  And at

19  the time, that was actually a bigger enterprise,

20  just asset value, than our Centaurus Property --

21  Centaurus companies, so we started to use the

22  Presidium name across a number of entities and

23  partnerships and continue to do so.

24     Q.   **And so is it fair to say that you've been**

25  **working -- or you've been an owner and maybe**

1  employed by Presidium entities from 2011 to

2  present?

3         MR. WELLS:  Objection; form.

4         THE WITNESS:  I've been an employee, I

5      guess, of Presidium Property Management for a

6      good number of years.  I think that's probably

7      the time range, or something around that.  And

8      have been a member of many entities that have

9      the name Presidium in them that own real

10     estate.

11  BY MR. SAYRE:

12     Q.   I'm going to pull up an exhibit that we

13  previously marked as Exhibit 4.  And it was a

14  composite exhibit and I'm going to reference a

15  portion of that composite exhibit.  There it is.

16  Do you see that?

17     A.   Yes.

18     Q.   And that is an org chart for Ballpark --

19  I'm paraphrasing.  It says, "East Riverside

20  Retail/Ballpark."  And in the org chart, it's got,

21  "Presidium BP, LLC."  Are you a member of Presidium

22  BP, LLC?

23     A.   Yeah, if this org chart is correct, then,

24  yes, I would be.

25     Q.   Okay.  Along with Cross.  Is there anybody

1 else that's a member of Presidium BP, LLC?

2     A.   You know, it doesn't -- based on this org

3 chart, it does not appear that anyone else is

4 except for Cross, me, and Moceri Investments.

5     Q.   Okay.  Do you have any reason to say this

6 org chart is incorrect?

7     A.   I don't know.  I mean, I'm not totally

8 sure.

9     Q.   All right.  What's your understanding of

10 the nature of this lawsuit, the allegations that

11 are being made in this lawsuit?

12     A.   I mean, I understand that this is being

13 pursued in Florida because it's alleged that

14 there's contacts in Florida, I guess, which is the

15 purpose of this discovery deposition.

16     Q.   All right.  And what do you understand the

17 allegations in regards to the Florida contacts --

18 let me rephrase that.  I'm going to strike that

19 question.

20      What do you understand the contacts -- your

21 contacts with Florida that support jurisdiction in

22 this lawsuit, what do you understand the

23 allegations to be?

24     A.   I -- personally, I think I --

25         MR. WELLS:  I'm sorry.  I just dropped off

Page 10

1     for a second and I'm not sure how much I

2     missed.  I'm not sure if my Internet's --

3          MR. SAYRE:  I'll reask the question.  I'll

4     reask the question.  All right?

5   BY MR. SAYRE:

6     Q.   So my question to you, John, was:  What do

7   you understand to be the jurisdictional contacts

8   between yourself and Florida in this litigation?

9          MR. WELLS:  Objection; form.

10          THE WITNESS:  I mean, I don't know.  I've

11    had very limited contacts with Florida in

12    business capacities.  So I understand this

13    deposition and the discovery that's being

14    conducted is in an effort to ferret out

15    whatever contact I did have, but, in my

16    opinion, they're very limited.

17  BY MR. SAYRE:

18    Q.   So just so I understand your testimony,

19  your position is that you have very limited

20  contacts with Florida; is that right?

21    A.   Correct.  I mean, very limited, yes.

22    Q.   Okay.  Let me ask you a question.  We had

23  this org chart up which was previously marked as

24  Composite Exhibit 4.  I'm going to pull that back

25  up and I'm going to ask you a question about the

60ad8a76-61f0-4595-91ca-f14f3c94a992

1 **bottom portion of this org chart.  What is Parke**

2 **Green?**

3    A.   So as it's described in this org chart,

4 it's a shopping center that colloquially refers to

5 a shopping center in Austin, Texas.

6    **Q.   So is Parke Green part of a larger project**

7 **called Project Catalyst or Ballpark?**

8    A.   There have been kind of -- you know, we

9 and others, including the Fischers, I think, have

10 colloquially referred to Ballpark, East Riverside,

11 in other sort of larger terms to describe that

12 general area.  As a technical matter, the Ballpark

13 Apartments were a separate transaction from the

14 Parke Green purchase transaction.

15    **Q.   But all four of these, Ballpark East,**

16 **Ballpark South, Ballpark West and Parke Green, all**

17 **feed up into BP Student Holdings, LLC; is that**

18 **right?**

19    A.   According to this org chart, that's

20 correct, yeah.

21    **Q.   And then BP Student Holdings, LLC,**

22 **branches off into two sides; the Partners Group**

23 **side and then the BP Riverside Manager side;**

24 **correct?**

25    A.   Correct.  That's what's on the org chart,

1  yes.

2      Q.    And then you follow that up and basically

3  the owners of that LLC, through a series of other

4  companies, ultimately are yourself, Mr. Moceri, and

5  Fischer; correct?

6      A.    And some other entities, yes.

7      Q.    What was your involvement with this -- and

8  I'll refer to it as "Ballpark," if that's okay, and

9  on occasion I may refer to it as "Project

10  Catalyst," as I also understood it to be called

11  that.  Is that correct?

12      A.    Yeah, that's how -- Project Catalyst is

13  how the Ballpark Student assets were referred to by

14  the broker who was selling, and that sort of became

15  a moniker for that development.

16      Q.    What was your involvement -- beyond what

17  we see in this org chart, what was your involvement

18  with Ballpark or Project Catalyst?

19      A.    It was -- I mean, I was an investor in it.

20  I'm a guarantor of the debt that supports financing

21  for the assets.

22      Q.    Okay.  And so other than, I guess, being

23  an investor, did you have any day-to-day

24  responsibilities in regards to the project?

25      A.    You know, we are -- well, certain entities

60ad8a76-61f0-4595-91ca-f14f3c94a992

 1  that I'm affiliated with are involved in a general

 2  partnership capacity with the project and in, I

 3  believe, a managing member capacity with the

 4  project.

 5      **Q.   Let me ask you this, and I'll try to break**

 6  **it down into, I guess, simpler terms.  How many**

 7  **e-mails and calls were you making a week, on**

 8  **average, in regards to Project Catalyst?**

 9          MR. WELLS:  Objection; form.

10          THE WITNESS:  Like during what time

11      period, I guess, I would say?

12  BY MR. SAYRE:

13      **Q.   Let's call it from 2018 to present.**

14          MR. WELLS:  Same objection.

15          THE WITNESS:  You know, not many, I guess

16      would be the -- I can't kind of -- I don't

17      know how many per week, but -- I don't know.

18  BY MR. SAYRE:

19      **Q.   Was Cross more involved with Project**

20  **Catalyst than yourself?**

21      A.   I think that's fair to say.

22      **Q.   Okay.  All right.  And when you say --**

23  **because, yeah, on this org chart, which we've got**

24  **up on the screen and it's previously been marked as**

25  **Exhibit 4, under the "Notes" section, it says John**

Page 14

1  J. Griggs, III, and Cross K. Moceri are the

2  guarantors.  What exactly were you guarantors of,

3  Mr. Riggs -- or Mr. Griggs?  I keep wanting to call

4  you "Riggs," like from Lethal Weapon.

5      A.   Lethal Weapon?  Yeah, I get that a lot.

6      Q.   Yeah.

7      A.   So there were loans on each of these four

8  assets here at the bottom of the org chart, and

9  Cross Moceri and I are the guarantors on the loans

10 for each of those assets.

11     Q.   Were any of these loans on which you are a

12 guarantor from Mr. Fischer or one of Mr. Fischer's

13 entities?

14     A.   No.

15     Q.   Okay.  I mentioned Mr. Fischer, and,

16 obviously, you know I'm referring to -- when I

17 refer to "Mr. Fischer," I'm talking about Michael

18 Fischer.  When did you first meet Mike Fischer?

19     A.   It was either 2000 -- I think it was 2006.

20 2006.

21     Q.   So right around the time that you made the

22 move out to Texas; is that right?

23     A.   Right.

24     Q.   Okay.  And how is it that you met Mr.

25 Fischer?

60ad8a76-61f0-4595-91ca-f14f3c94a992

1    A.    The -- we had a -- an accountant in New

2 York City that we knew had introduced us just --

3 he's someone that we met through business circles,

4 kind of took it upon himself to introduce us to

5 investors and other real estate -- you know, real

6 estate investors and operators that were interested

7 in Texas.  And he made the introduction to Michael

8 Fischer, I believe, in 2006.

9    **Q.    All right.  And what was your first, I'll**

10 **call it, deal with Mr. Fischer?**

11         MR. WELLS:  Objection; form.

12         THE WITNESS:  So it's going to be -- I

13     forget which one was first.  They were within

14     a month of each other.  There was a project in

15     Houston called Waters at Kirkwood, which was a

16     single apartment complex in Houston that we

17     bought in 2006, and then right around the same

18     time we bought, I believe, a seven-property

19     portfolio in Houston that we sort of

20     colloquially referred to as "The Cluster."

21 BY MR. SAYRE:

22    **Q.    And when did those projects take off, or**

23 **when was that investment made?**

24    A.    Also 2006.

25    **Q.    2006.**

Page 16

1    A.    Yeah.

2    Q.    And so what was the nature of Mr.

3 Fischer's involvement with these two projects?

4    A.    So we formed partnerships to buy the

5 assets, and an entity or entities that Cross Moceri

6 and I owned and controlled were the general

7 partner, and entities that Michael Fischer owned

8 and controlled were the limited partner.

9    Q.    So is it fair to say that Mr. Fischer

10 provided funds for the purchase of these projects?

11    A.    That's right.  We -- Cross Moceri and I

12 provided funds too, but, yes, he did provide funds

13 for them.

14    Q.    Okay.  And then you and Cross, through

15 whatever entities you guys formed for these

16 projects, would do most of the managing and the

17 hands-on stuff, and Mr. Fischer and/or his

18 companies were more of a passive investor?  Is that

19 a fair characterization?

20         MR. WELLS:  Objection; form.

21         THE WITNESS:  That's how it was set up,

22    yes.

23 BY MR. SAYRE:

24    Q.    And is that the general setup for your

25 investments in which Mr. Fischer was involved?

60ad8a76-61f0-4595-91ca-f14f3c94a992

1   A.   And I'm thinking of all the stuff that we

2  were involved in.  I mean, we're -- I believe that

3  Cross Moceri and I are members of -- the general

4  partner or managing member of most, if not all, of

5  the projects that we've invested together with

6  Michael and with XL and other Fischer family

7  members.

8   **Q.   And what is your understanding of XL?**

9        MR. WELLS:  Objection; form.

10        THE WITNESS:  So XL is -- well, I mean,

11     there's multiple XLs.  So there's, I guess, XL

12     Funding -- which XL, specifically?

13  BY MR. SAYRE:

14   **Q.   Well, you said, "XL."  So I just wanted to**

15  **generally know what your understanding is of XL,**

16  **and if there's more than one XL, what your**

17  **understanding is of there being more than one XL.**

18   A.   Yeah, I believe there's multiple XLs.

19  There's XL Funding that I understand to be a

20  holding company for assets of the Fischer family.

21  And then in this particular Riverside -- we'll call

22  it the East Riverside/Ballpark deal, there's an XL

23  Catalyst which I understand to be owned by XL

24  Funding and perhaps some other Fischer family

25  members.  I'm not totally sure, but --

1     Q.   Okay.  And how many projects are you

2   involved or were you involved with -- obviously, I

3   say, "were," because Mr. Fischer is recently

4   deceased.  How many projects were you involved with

5   the Fischer family in?

6           MR. WELLS:  Objection; form.

7           THE COURT REPORTER:  Excuse me.  Can I

8       just stop you one second?  Mr. Wells, I barely

9       heard your objection.  I did hear it, but,

10      please, speak up because I don't want to miss

11      any of your objections.

12          MR. WELL:  Thank you.  I will.

13          THE COURT REPORTER:  Sorry.  Do you want

14      me to repeat the question for you?

15          THE WITNESS:  Yeah.

16      (The question referred to was read by the

17      reporter as above recorded.)

18          MR. SAYRE:  I'll rephrase, because that's

19      a compound question.

20  BY MR. SAYRE:

21    Q.   How many projects were you involved with

22  with the Fischer family?

23          MR. WELLS:  Objection; form.

24          THE WITNESS:  I mean, you know, it

25      depends, kind of, I guess, how you describe,

60ad8a76-61f0-4595-91ca-f14f3c94a992

Page 19

```
 1      kind of, the Fischer family.  I mean, they
 2      always invested through -- to my
 3      understanding, through LLCs, including XL
 4      Funding or XL Catalyst, so I -- I don't know.
 5   BY MR. SAYRE:
 6      Q.   Well, here's -- and, again -- and I went
 7   through this with Cross.  I'm not trying to trick
 8   you.  I've got a list of org charts here that was
 9   provided as an attachment to the following e-mail
10   from Matthew Meza to Dan McKenna.  And this, again,
11   was part of Composite Exhibit 4 that was previously
12   marked.  And in it, Matthew Meza says to Dan
13   McKenna, "Attached are the org charts for the
14   projects that Presidium owns jointly with Michael.
15   Houston Equities is not in 3737."  And this is
16   dated January 23rd, 2020.
17      And then going back to the previous exhibit
18   that I had up, I've got, you see here, one of
19   thirteen org charts.
20      And so I don't want to answer the question for
21   you, but does it seem right that you had about
22   thirteen projects ongoing with the Fischers?
23           MR. WELLS:  Objection; form.
24           THE WITNESS:  Yeah, and I guess I would
25      just want to be more specific that when you
```

60ad8a76-61f0-4595-91ca-f14f3c94a992

Page 20

1    say me, I was an investor in entities in

2    multiple projects that co-invested with

3    entities that the Fischers were involved in or

4    managed or had ownership interest in.  So I

5    just want to kind of pay attention to that

6    form.  But I was involved in perhaps as many

7    as thirteen that the Fischers -- where the

8    Fischers also had equity ownerships or

9    beneficial ownership interest in.

10 BY MR. SAYRE:

11    Q.   And I've got one up on the screen which is

12 Hillcroft just because it happens to be the first

13 chart in Composite Exhibit 4.  And always, in each

14 of these charts, I believe that either yourself or

15 Mr. Moceri is ultimately listed, you know,

16 individually as a member or as some participant in

17 the entities involved, and in most of these a

18 Fischer is also mentioned.  Is it fair to say these

19 org charts are an accurate reflection of the

20 investments and who is behind them?

21         MR. WELLS:  Objection; form.

22         THE WITNESS:  I mean, I -- without kind of

23    looking at all of them, I don't know exactly

24    that they're accurate, but when I look at

25    this, yeah, it looks reasonably accurate.

60ad8a76-61f0-4595-91ca-f14f3c94a992

1 BY MR. SAYRE:

2     Q.   Okay.  Have you ever visited the Fischers

3 in Miami -- or any of the Fischers in Miami?

4     A.   Yes.

5     Q.   Okay.  And when was that?  Well, more than

6 once?

7     A.   Yes, I think more than once.

8     Q.   When was the first time you can recall

9 visiting -- and I say, "Fischers," and you can

10 clarify which Fischers you visited, but when was

11 the first time you visited any of the Fischers in

12 Miami?

13     A.   I mean, I haven't -- you know, the

14 Interrogatory requests I think started in 2016, so

15 I didn't do an exhaustive search of my travel

16 history before then, but I think I visited with

17 them sometime ten years ago.

18     Q.   About ten years ago?  And do you remember

19 the purpose of that first trip ten years ago?

20     A.   No, not really.  I mean, no.

21     Q.   Did you visit Mr. Fischer's house on that

22 first trip?

23     A.   I have not been to Mr. Fischer's house.

24     Q.   Okay.  When you would come to Miami and

25 meet with the Fischers, where would you typically

60ad8a76-61f0-4595-91ca-f14f3c94a992

Page 22

1  meet the Fischers?

2      A.   I wouldn't say, "typically," because it

3  was only a couple times, I think, but not at his

4  house.

5      Q.   Okay.  So I guess that answer is somewhat

6  the question I was about to ask.  You mentioned the

7  first time being about ten years ago, and I was

8  going to ask about any other instances.  When else

9  do you recall visiting Miami to meet with the

10  Fischers?

11     A.   Well, I mean, prior to -- it was

12  definitely prior to 1/1/16 based on my search of my

13  calendar and travel records.

14     Q.   Okay.  All right.  And is that how you

15  came to -- I know you answered some

16  Interrogatories.  Is that how you answered the

17  Interrogatories, by looking at your calendar to see

18  if a Fischer trip was located on the calendar?

19     A.   That was one of the things that I did,

20  yes.

21     Q.   Okay.  So is it your testimony that you

22  have not visited the Fischers since 2016?

23     A.   Yes.

24     Q.   Okay.  Have you visited Miami since 2016?

25     A.   I don't think so.

60ad8a76-61f0-4595-91ca-f14f3c94a992

Page 23

1    Q.    Okay.  Have you visited Florida since

2  2016?

3    A.    Yes.

4    Q.    Okay.  And how many times?

5    A.    Without having my -- probably seven to

6  ten, something in that range.

7    Q.    Do you recall what those were in relation

8  to?  And you know what?  I'll strike that.  I'll

9  try to make it easy on you.  I'm not trying to trip

10  you up.  Were those in relation to the projects in

11  Jacksonville that we've referred to as Town Center

12  and JTB?

13    A.    Several of the trips were for -- were in

14  relation to those projects.

15    Q.    And of the seven to eight, I believe,

16  trips you mentioned, what were the other portion of

17  those trips related to?

18    A.    Yeah, there's a large, multi-family

19  housing conference called NMHC, National

20  Multi-Housing Conference, and that's often held in

21  Orlando, I think, every two or three years, so I

22  believe I went there twice for that.  And I also

23  went to the Tampa area to vacation and get to know

24  the real estate markets.

25    Q.    You don't own a house in Tampa; do you?

Page 24

1    A.    No.

2    Q.    Individually, you don't own any real

3 estate in Florida?

4    A.    No.

5    Q.    Do you hold any business licenses in

6 Florida?

7    A.    No.

8    Q.    I'm going to pull up an exhibit.  We're

9 going to mark this as Exhibit 34.  And it is Bates

10 Number DEF011957.

11         (Post deposition, the document was marked

12     Exhibit 34 for Identification in the

13     proceeding.)

14 BY MR. SAYRE:

15    Q.    Do you see that document?

16    A.    Yes.

17    Q.    All right.  Go ahead and take a second and

18 look it over real quick.  I'm going to ask one or

19 two questions in regards to it.

20    A.    Okay.

21    Q.    All right.  In this e-mail -- or it's a

22 string of e-mails, but in one of the string it's an

23 e-mail from you to Michael Fischer, Andrew Fischer.

24 And you say, "Got your message as well Michael.

25 Look forward to seeing you in Miami."

1    And then Michael Fischer responds on March 6,

2  2018, "see you in Miami if we can set up call for

3  tomorrow on other matters big kiss michae," with

4  the "L" missing.  Did this trip happen?

5           MR. WELLS:  Objection; form.

6           THE WITNESS:  I did not go, no.

7  BY MR. SAYRE:

8    Q.    You did not go.  What happened?

9    A.    I don't remember, but I checked my

10  calendar travel records and I didn't go.

11   Q.    Would it have been an oddity for you to

12  travel to Miami to visit Michael Fischer or Andrew

13  Fischer?

14   A.    It would, yeah.

15   Q.    Okay.  How so?

16   A.    I mean, I think in my -- you know, I've

17  only done it two or three times, I think, and all

18  before 2016.

19   Q.    On the trips that you have taken, were

20  they with Mr. Griggs or by yourself, the trips to

21  Miami?

22   A.    I'm Mr. Griggs.

23   Q.    I'm sorry?

24   A.    I'm Mr. Griggs.

25   Q.    Oh, I'm sorry.  I keep getting you all

60ad8a76-61f0-4595-91ca-f14f3c94a992

Page 26

1  mixed up.  All right, Riggs.

2      A.    Riggs, Griggs.

3      Q.    No, I'm just kidding you.

4      A.    Actually, my dad is Mr. Griggs.  I'm John.

5  Makes me feel --

6      Q.    And your grandfather is also -- is John

7  Griggs, the first; right?  You're the third.

8      A.    That's right.

9      Q.    All right.  I'm sorry for that question.

10     When you visited the Fischers in Miami

11  previously, would Mr. Moceri join you?

12     A.    Yes, he was with me on those occasions.

13     Q.    Each occasion?

14     A.    Yes.

15     Q.    Okay.  I'm going to pull up another

16  document which we've previously marked as

17  Exhibit 11.  I'm going to try to minimize that so

18  you can -- if you'll take a second, I'll start at

19  the bottom and you can read that and tell me when

20  you're ready for me to move up.

21     A.    Okay.  You can move up.  Okay.

22     Q.    All right.  And this is around the same

23  time period, March 2018.  Was this trip to Miami,

24  was that meant to discuss, at least in part,

25  Project Catalyst?

```
 1     A.    I don't remember.  I didn't go, so --
 2     Q.    Well, looking at these e-mails, the first
 3  e-mail in the string is from Cross.  You're copied
 4  on the e-mail.
 5       It says, "Gents, It looks like we've worked
 6  out the issue on the Catalyst transaction, and
 7  should be moving forward again with Partners Group.
 8  We'll keep you posted as things progress and near
 9  closing.  I want you to know we really appreciate
10  you being there to backstop this deal if things
11  blow up - it means a lot to us.
12       "John and I checked our calendars, and the
13  week of 3/19 would work for a trip to Miami if
14  convenient for you guys."
15       And then it's also got another alternative
16  date there.
17       And then the next e-mail is, "I'm glad to see
18  everything worked out for us."  This is from
19  Andrew.
20       "Please let us know if you have time Wednesday
21  or Thursday morning to discuss finalizing catalyst,
22  your trip to Miami, and some of our other issues.
23       "Please also try to get us an update on
24  Pleasant Valley and the church when you can."
25       Based on this e-mail, does it seem like that
```

1 trip was at least in part to discuss Catalyst?

2          MR. WELLS:  Objection; form.

3          THE WITNESS:  I mean, I don't know.  I

4     mean, Cross was the one who wrote the e-mail,

5     so he'd be the better person to ask.

6 BY MR. SAYRE:

7     Q.   What did you think Cross was -- I mean, it

8 said "we" going to Miami.  So, presumably, that

9 included you.  Did you and Cross have any

10 discussion about that trip and what you intended to

11 discuss with the Fischers on that trip?

12    A.   I don't recall.  I mean, I didn't go on

13 the trip, so --

14    Q.   No, I understand you didn't go on the

15 trip, but, presumably, there was a -- well, there

16 was an intent to go on the trip.  And I'm

17 wondering, even though you did not go on the trip,

18 what you and Cross discussed about the nature of

19 that trip and what you had intended to discuss with

20 the Fischers on that trip.

21          MR. WELLS:  Objection; form.

22          THE WITNESS:  I mean, I don't really

23     recall my discussions about what would have

24     happened on that trip, and I guess that e-mail

25     speaks for itself.

1  BY MR. SAYRE:

2      Q.    In this e-mail, Cross says, "I want you to

3  know we really appreciate you being there to

4  backstop this deal if things blow up - it means a

5  lot to us."

6        What was Cross referring to there, to the

7  extent you know?

8      A.    I mean, you'd have to ask him.  I don't --

9      Q.    So you have no clue.

10     A.    I mean, I imagine it would be some kind of

11  financial participation in Catalyst.  That's

12  probably what it's referring to, but I don't know

13  exactly, kind of, what particular backstop.

14     Q.    I'll pull up another exhibit that we've

15  previously marked as Exhibit 23.  And this is from

16  Cross -- I'm going to try and blow it up for you.

17  This is from Cross to Michael Fischer, Svetlana,

18  and Andrew Fischer and copying you, John, and it's

19  dated December 20th, 2019.

20        Before I get into the content of this e-mail,

21  who is Svetlana?

22     A.    Svetlana Astafurova.  That's Michael's --

23  I don't know if was his wife or girlfriend, but

24  companion.

25     Q.    All right.  And in this e-mail -- well,

1 take a second to review the e-mail, then I'm going

2 to ask you a couple questions.

3     A.    Okay.

4     Q.    All right.  In this e-mail, Cross mentions

5 -- and I'm referring to Paragraph 3 --

6 "...communications seem like it's near an all-time

7 low, which is making it very difficult to

8 effectively manage these assets.  To be candid, we

9 haven't been able to speak with you in over a

10 month, conference calls are requested and then

11 blown off, our e-mails are ignored, our capital

12 calls are ignored..." and then he goes on.

13     How often would you speak to the Fischers --

14 and I'll limit it, at least initially, to Project

15 Catalyst.  So how often would you speak to the

16 Fischers regarding Project Catalyst?

17     A.    Very infrequently, and if at all, about

18 Project Catalyst.

19     Q.    Okay.  When you did speak to the Fischers,

20 where were they typically located, to your

21 knowledge?

22     A.    I don't know.

23     Q.    Well, where do you understand the Fischers

24 to be typically -- or generally located?  What is

25 their primary residence?

1          MR. WELLS:  Objection; form.

2          THE WITNESS:  Well, Michael has multiple

3      residences in several countries, so he's --

4      was a frequent traveler, and, honestly, we

5      wouldn't know where he was many of the times

6      we were speaking to him.

7   BY MR. SAYRE:

8      Q.   But, generally, where did you understand

9   Mr. Fischer's primary residence to be?

10     A.   I don't know.  There was London, there was

11  Saint-Paul-de-Vence near Nice in France, and Miami

12  Beach.

13         THE COURT REPORTER:  Repeat the one after

14     London.

15         THE WITNESS:  Sure.  A town in the Côte

16     d'Azur in -- near Nice in France, and Miami

17     Beach.  And he was often --

18  BY MR. SAYRE:

19     Q.   And as you sit here today, you can't say

20  that Mr. Fischer's primary residence was Miami

21  Beach?

22     A.   I don't know.  I mean, I -- he was often

23  abroad.

24     Q.   When you guys would sent mailings to Mr.

25  Fischer, do you know where those would go?

1          MR. WELLS:  Objection; form.

2          THE WITNESS:  You mean physical mailings?

3    BY MR. SAYRE:

4       Q.   Physical mailings.

5       A.   I believe they'd go to the address in

6    Miami Beach.

7       Q.   And why would they go to Miami Beach if

8    you didn't know where he was at most times?

9       A.   That's where he asked us to send them.

10      Q.   And I'm going to pull up an exhibit that

11   was previously marked as Exhibit 3.  And do you see

12   that document?

13      A.   Yes.

14      Q.   And it's a Notice of Failure to Fund

15   Additional Capital Calls.  It looks like it's in

16   relation to what we've referred to as Ballpark.  Is

17   that fair?

18      A.   Yes.

19      Q.   All right.  And the address listed there

20   -- and, by the way, it's addressed to Michael

21   Fischer, Andrew Fischer, Dan McKenna, and XL

22   Catalyst, LLC, and the address listed is 800

23   Washington Avenue, Suite 112, Miami Beach, Florida

24   33139.  Did I read that correctly?

25      A.   Yes.

1    Q.   And you're not sure exactly -- and maybe I

2 misunderstood your testimony.   You're not sure

3 exactly why that was going to Miami Beach, Florida,

4 or you do know why?

5    A.   I assume it's the address that --

6         MR. WELLS:   Object to form.

7         THE WITNESS:   -- they asked us to send

8    correspondence to.

9 BY MR. SAYRE:

10   Q.   To your knowledge, did Mr. Fischer or

11 Andrew Fischer ever give you an address to send

12 correspondence to other than Miami Beach, Florida?

13   A.   Not that I can recall, no.

14   Q.   Were you involved in presenting the

15 Project Catalyst opportunity to the Fischers?

16   A.   Not really.   I mean, not primarily, no.

17   Q.   Okay.   Was it Cross that was primarily

18 involved?

19   A.   Yes.   Between the two of us, yes.

20   Q.   I'm going to pull up an exhibit.   This

21 will be marked as Exhibit 35, and the Bates Number

22 on the first page is XL000026.

23        (Post deposition, the document was marked

24    Exhibit 35 for Identification in the

25    proceeding.)

Page 34

1  BY MR. SAYRE:

2      Q.    All right.  This is a string of e-mails.

3  The one at the top is from Andrew Fischer to Cross

4  Moceri and John Griggs.  It's dated November 20th,

5  2016.

6          I'm going to go down a bit.  The first e-mail

7  in the chain is also from Andrew to Cross and John

8  Griggs, dated November 16th, 2016, and it's

9  requesting a conference call.  Do you see that?

10     A.    Yes.

11     Q.    And the first line is, "Hello, My father

12 will be back in town by the end of the week.

13 Therefore, please let me know if you are available

14 for a conference call Saturday morning to discuss

15 the Oil/Gas closing at the end of the month."  Then

16 it's got a phone number.

17         Where did you understand Mr. Fischer to be

18 referring to when he said, "back in town"?

19             MR. WELLS:  Objection; form.

20             THE WITNESS:  I don't -- I mean, I don't

21     know.  I mean, I -- perhaps Miami Beach.  I

22     don't know.

23 BY MR. SAYRE:

24     Q.    Then the next e-mail in the chain is from

25 Cross.  And Cross likes to write long e-mails, it

60ad8a76-61f0-4595-91ca-f14f3c94a992

Page 35

1  looks like.  He mentions a bunch of updates, and

2  one of those is, "We closed 4 transactions last

3  week, including the $132M student housing purchase

4  which is our biggest ever.  We also submitted an

5  offer on Project Catalyst," and there's a link.

6       Did I read that right?

7       A.   Yes.

8       Q.   So, presumably, that was intended to be a

9  topic of the call?

10      A.   Yes, I would think so.

11      Q.   And also it says in that same e-mail, "As

12 John is in Toyko, he can probably join if we have

13 the call after 5pm CT."

14       Do you see that?

15      A.   Yes.

16      Q.   Did you join in -- and, again, I may have

17 asked this, but did you join in on most of these

18 conference calls that Cross would have with the

19 Fischers?

20           MR. WELLS:  Objection; form.

21           THE WITNESS:  Some, but not all.

22 BY MR. SAYRE:

23      Q.   And then Andrew Fischer responds to that

24 e-mail saying, "Hello, We would prefer to speak

25 tomorrow if you're available.  Why don't we

1 schedule the call for 6pm EDT tomorrow so that John

2 can be on the call."

3      Why do you think that Andrew was referring to

4 Eastern Daylight Time?

5          MR. WELLS:  Objection; form.

6          THE WITNESS:  I don't know.  That's --

7      it's a reference that we can all use to set

8      our calendars.

9 BY MR. SAYRE:

10     Q.   Well, do you think it was because they

11 were in Miami, which is on the Eastern Daylight --

12 -- or at least at the time --

13     A.   Perhaps.  There's a lot of places in the

14 Eastern Time zone.  Maybe.

15     Q.   Did you think they were in Georgia?

16     A.   I don't know.  I don't know.  I didn't ask

17 them.

18     Q.   I mean, you visited the Fischers in Miami,

19 the mail goes to Miami.  Is it a reasonable

20 assumption that this Eastern Daylight Time means

21 they're going to be in Miami?

22          MR. WELLS:  Objection; form.

23          THE WITNESS:  You'd have to ask Andrew,

24      but it's possible.

25 BY MR. SAYRE:

60ad8a76-61f0-4595-91ca-f14f3c94a992

Page 37

1      Q.    You didn't have any thoughts on it.

2      A.    It's a reference point for me to use for

3   my calendar purposes.

4      Q.    Okay.  I understand.

5      Let's see.  All right.  I'm going to pull up an

6   exhibit which was previously marked as Exhibit 9.

7   It's an e-mail from Cross on which you're copied,

8   and the subject is Presidium Project Catalyst.

9      It says, "We are very close to a deal with the

10   seller on that large student housing covered land

11   assemblage in Austin (dubbed Project Catalyst).

12   The price has been discounted significantly by

13   approximately 25% percent off our previous contract

14   price (with a bonus paid upon re-entitlement), and

15   as such the going-in numbers are greatly improved.

16   Attached is the updated teaser package and a link

17   to the data room."

18      "This is truly a special project, and we

19   believe it's now attractively priced given the

20   future development potential.  I look forward to

21   discussing further with you on Friday."

22      Do you remember the -- well, let me strike

23   that.

24      Were you and Cross trying to get the Fischers

25   to invest in Project Catalyst?

1    A.   We were discussing a partnership with them

2 where they would invest in Project Catalyst.  They

3 liked the transaction quite a bit too, so, I mean,

4 I don't know if we trying to get them to invest.  I

5 mean, they wanted to invest.

6    **Q.   And what was the contemplated -- and,**

7 **again, I'm not trying to get into the merits, but**

8 **what was the contemplated deal in regards to the**

9 **Fischers' involvement in Project Catalyst?**

10         MR. WELLS:  Objection; form.

11         THE WITNESS:  I mean, they would be a

12     partner, an investment partner where they

13     would invest capital into the deal.

14 BY MR. SAYRE:

15    **Q.   So the same type of relationship you had**

16 **in regards to other projects, you and Cross,**

17 **through entities, would be the managers of the**

18 **project, and the Fischers, through their entities,**

19 **would be a limited partner?**

20    A.   You know, it differed in character from

21 the other -- many of the other investments we have

22 in that there was another large equity source aside

23 from one that Cross and I invested in and aside

24 from one that Michael, Andrew, Lana, whoever,

25 invested in.  So there was a third, kind of,

1 investment group there.

2    Q.   Okay.  Well, were the Fischers to have

3 more of a managerial role in regards to this

4 project than they did in other projects?

5    A.   You'd have to look at the documents as far

6 as exactly what kind of managerial role they'd

7 have, but I don't think so.

8    Q.   Okay.  I'm going to pull up another

9 document, and this will be marked as Exhibit 36.

10 And the first page is Bates Label DEF011940.

11        (Post deposition, the document was marked

12    Exhibit 36 for Identification in the

13    proceeding.)

14 BY MR. SAYRE:

15    Q.   All right.  And this is series of e-mails.

16 The first e-mail that starts the chain is from

17 Andrew to Cross and you, John, copying Michael

18 Fischer.  And it's regarding the Austin trip.

19     He says, "We would like to schedule a trip out

20 to Austin to see you and discuss everything we have

21 outstanding."

22     Then it says some other stuff, but Cross

23 responds, "That's a good idea.  Friday the 17th

24 works best for me."

25     And then you chime in and say, "Guys I'll be

60ad8a76-61f0-4595-91ca-f14f3c94a992

Page 40

1  in SF --" I assume that's San Francisco?

2      A.   Right.

3      Q.   "-- for a conference through the 18th, so

4  will probably have to miss this one.

5          "Next meeting, Cross and I come to Miami!"

6          And then another e-mail after that.

7          Did you ever make that trip to Miami?

8      A.   No.

9      Q.   Did you intend to make the trip to Miami?

10     A.   I'm not sure.  I think I was just

11 referring to the fact that it's a nice place to

12 visit and --

13     Q.   Especially now.

14     A.   Yes.  No doubt.

15         MR. SAYRE:  You know what -- I was going

16     to call you "Cross" again.  John, we've been

17     about an hour.  Is it all right if we take a

18     quick, little break?  Five minutes?

19         THE WITNESS:  Yeah.  Sounds good.

20         (Thereupon a brief recess was taken, after

21     which the following proceedings were had:)

22 BY MR. SAYRE:

23     Q.   I'm going to pull up an exhibit which was

24 previously marked as Exhibit 12 to Cross'

25 deposition.  I'm going to pull it up on the screen

60ad8a76-61f0-4595-91ca-f14f3c94a992

Page 41

1  for you to take a look at.

2      And this is an e-mail string on which you,

3  Cross, Donny Rosenberg and Andrew Fischer and Will

4  Andress are included.  And down at the bottom is an

5  e-mail from you, John, to Donny and Cross and

6  Andrew Fischer dated May 2nd, 2018.

7      And it says, "Gents --"  Well, the subject is,

8  "Greystone meeting in Miami."

9      "Gents, it turns out that Donny Rosenberg

10  (copied) at Greystone is now living in Miami.

11  Cross is going there tomorrow and Andrew Fischer

12  already lives there."

13      Did you understand Andrew Fischer to be living

14  in Miami?

15      A.   Yes, for the most part.  That's what he

16  told me, yeah.

17      Q.   He wasn't traveling around the world?  Or

18  let me strike that.  Let me strike that.

19      He didn't have houses in different places

20  around the world?

21      A.   Not that I know of.  I mean, he definitely

22  visited his father in London and France and New

23  York where they had a condo, I believe.

24      Q.   And then Donny mentions, "Small world!

25      "Actually, I'm in Bay Harbour Island/Bal

Page 42

 1  Harbour around noon or 2, but could come down to

 2  Miami Beach after 4:30."

 3       And then the rest of the e-mail is -- looks

 4  like they're trying to set up a meeting.

 5       Did you understand this communication to be

 6  directed to Miami?

 7            MR. WELLS:  Objection; form.

 8            THE WITNESS:  Referencing a Miami

 9       location, yes.

10  BY MR. SAYRE:

11       Q.   Well, did you have any reason to believe

12  that Andrew Fischer did not receive this while in

13  Miami?

14       A.   I don't know where he received it, but I

15  -- no, not really.

16       Q.   Do you know where the money -- well, let

17  me rephrase that.

18       Do you know how much the Fischers invested in

19  Project Catalyst?

20            MR. WELLS:  Objection; form.

21            THE WITNESS:  Around 2.5 or $3 million, I

22       think.

23  BY MR. SAYRE:

24       Q.   Do you know which entity that came from?

25       A.   XL Catalyst, I think.  I think XL Catalyst

Page 43

1  was their vehicle that invested in Ballpark Student

2  Holdings.

3      Q.   And so you think the money, the

4  2-point-something million, came from XL Catalyst?

5      A.   My understanding is that's the beneficial

6  ownership representing the Fischer family's stake.

7      Q.   I'll pull up an exhibit.  Do you see this

8  document?  This was previously marked as Exhibit 25

9  to Cross' deposition.

10     A.   Yes.

11     Q.   And this appears to be a bank statement

12 from City National Bank, and the recipient of this

13 correspondence is XL Funding, Inc.; correct?

14     A.   Correct.

15     Q.   With a 800 Washington Avenue,

16 Apartment 507, address, Miami Beach, Florida;

17 correct?

18     A.   Correct.

19     Q.   And the banking location listed is South

20 Beach, 446 Collins Avenue, Miami Beach, Florida;

21 correct?

22     A.   Right.

23     Q.   All right.  And there's a wire transfer

24 here for $2,677,582.16 to Heritage Title Company.

25 To your knowledge, is this the wire transfer for

1 the capital contribution to Project Catalyst?

2    A.   I wasn't handling the closing, but the

3 amount and date appear to coincide with that.

4    Q.   And this came from -- at least appears,

5 based on this exhibit, it came from XL Funding,

6 Inc.'s, account; is that right?

7         MR. WELLS:  Objection; form.

8         THE WITNESS:  I mean, I don't know.  I

9    mean, it looks like that's where it's mailed,

10    so I don't know which account it came from.  A

11    lot of it's redacted.

12 BY MR. SAYRE:

13    Q.   Do you have any reason to believe that it

14 did not come from XL Funding, Inc.'s, account?

15    A.   I don't know.  I mean, that just lists the

16 mailing address.  It doesn't -- a bunch of the

17 other stuff is blacked out, so --

18    Q.   Do you have any documents -- and I've

19 looked over the documents that you've produced.  Do

20 you have any documents reflecting that the funds

21 came from XL Catalyst and not XL Funding, Inc.?

22    A.   Not that I know of.

23    Q.   Correct.  I'm sorry.  Did you answer?

24    A.   Not that I know of.

25    Q.   Okay.  We talked previously about the

Page 45

1  Parke Green property, which is part of the larger

2  Project Catalyst.  Who purchased -- or what entity

3  purchased Parke Green, to the extent you know?

4     A.   I don't know the exact entity off the top

5  of my head.  I'm sure it would be identified in

6  loan documents and Purchase and Sale Agreements.

7     Q.   Let me see if I can help.  And this

8  appears to be, what I've pulled up on the screen, a

9  Purchase and Sale Agreement between Parke Green

10 Investments, LLC, and Cielo Paso Parke Green, L.P.,

11 Collectively, as Seller, and PG Investco, LLC, as

12 Purchaser.

13          MR. SAYRE:  We're going to mark this as

14     exhibit -- are we on 37, Jan?

15          THE COURT REPORTER:  Yes.

16          MR. SAYRE:  Exhibit 37.  And just so the

17     record's clear, the first Bates Number on this

18     document is XL000274.

19          (Post deposition, the document was marked

20     Exhibit 37 for Identification in the

21     proceeding.)

22 BY MR. SAYRE:

23     Q.   I'm going scroll down, Cross.  I'm not

24 going to make you read the whole thing, but I just

25 want to see if you can identify this as the

60ad8a76-61f0-4595-91ca-f14f3c94a992

Page 46

1 purchase agreement for the Parke Green property,

2 which is part of the larger Project Catalyst.

3      Does this appear, based on the first page, to

4 be a purchase agreement for that Parke Green

5 property?

6           MR. WELLS:  Objection; form.

7           THE WITNESS:  It appears to be, yes.

8 BY MR. SAYRE:

9    Q.   All right.  And I mentioned in the cover

10 page the buyer is PG Investco, LLC.  I'm going to

11 scroll down a bit to the signature page to make

12 sure that's correct.  And I'm now on the signature

13 page, which is XL000302.  And under "Purchaser,"

14 it's listed, "PG Investco, LLC, a Texas Limited

15 Liability Company," and the signatory is Cross

16 Moceri as the managing member; is that right?

17    A.   Right.

18    Q.   Are you a member of PG Investco, LLC?

19    A.   I think so, yes.  I think so.

20    Q.   You know what?  I'll make your life easy.

21 I won't make you think.  Not that you're not a good

22 thinker, but let's see what we got here.  Bear with

23 me.

24      All right.  I'm pulling up what was previously

25 marked as Exhibit 23 to Cross' deposition, and this

60ad8a76-61f0-4595-91ca-f14f3c94a992

Page 47

1  is a printout from the Florida Division of

2  Corporations' website.  And the entity listed there

3  is, "PG Investco, LLC."  Do you see where I'm

4  referencing?

5      A.   Yes.

6      Q.   And then the managers are listed lower on

7  the page as Cross Moceri and John Griggs.  Do you

8  see that?

9      A.   Yes.

10     Q.   So does this confirm your initial

11 suspicion that you are a manager of PG Investco,

12 LLC?

13          MR. WELLS:  Objection to form.

14          THE WITNESS:  It appears to.

15 BY MR. SAYRE:

16     Q.   I told you I'd help you.

17      All right.  I'm going to pull up --

18      Where does PG Investco, LLC, do business, to

19 your knowledge?

20     A.   I believe it's a Texas company.  And most

21 of the real estate transactions we're doing are in

22 Texas, so mostly in Texas.

23     Q.   Do you know whether it has sought

24 authorization to do business in any other states?

25     A.   I don't know.

1    Q.   I'm going to help you there as well.  I'm

2 going to pull up what was previously marked as

3 Exhibit 31 to Cross' deposition, and it's a filing

4 with the Florida Division of Corporations.  And you

5 see the cover letter here?  The subject is, "PG

6 Investco, LLC."  Do you see that?

7    A.   Yes.

8    Q.   All right.  And then it's got some

9 attorney information.  I'll go down.  And then the

10 document is titled, "Application by Foreign Limited

11 Liability Company for Authorization to Transact

12 Business in Florida."  And as the business seeking

13 authorization, it's listed, "PG Investco, LLC."  Do

14 you see that?

15    A.   Yes.

16    Q.   All right.  And it's got some other

17 information.  It's got this Mark Farrell fellow,

18 who I won't ask you about, but I understand he was

19 somehow connected with you all.  And then listed as

20 the managers are you, John Griggs, and Cross

21 Moceri.  Do you see that?

22    A.   Yes.

23    Q.   So does this refresh your recollection as

24 to whether PG Investco, LLC, was authorized to do

25 business in any other states?

Page 49

1    A.   Looks like it can do business in Florida.

2    **Q.   All right.  And is it fair to say that PG**

3 **Investco specifically sought permission to do**

4 **business in Florida?**

5    A.   It appears through this application that

6 that's the case.

7    **Q.   And PG Investco, I think we covered, was**

8 **the purchaser of Parke Green, which is a property**

9 **that is part of the larger Project Catalyst which**

10 **is the subject of this lawsuit; correct?**

11    A.   Well, it's the purchasing entity in the

12 Purchase and Sale Agreement, but my understanding

13 is that there is an assignment prior to closing to

14 another entity, not PG Investco, and the ultimate

15 ownership of the Parke Green asset is not PG

16 Investco.  It's another entity that was assigned

17 to.

18    **Q.   Fair enough.  But PG Investco, LLC, signed**

19 **the purchase agreement as to Parke Green; correct?**

20    A.   It did.

21    **Q.   All right.  We briefly touched on the two**

22 **Jacksonville projects, which I'll refer to as Town**

23 **Center and JTB.  What was your involvement with**

24 **those two projects?**

25    A.   We were investors in them.  We have an

Page 50

1  ownership stake in those investments.

2      **Q.    And -- sorry.  I cut you off.**

3      A.    No, no.  That's okay.

4      **Q.    And how involved were you with those two**

5  **projects?**

6      A.    I visited the sites prior to our

7  developing the assets.  I visited the sites while

8  they were under -- while JTB was under

9  construction.  I attended a grand opening and a

10  groundbreaking for JTB.

11      **Q.    Who was your contact person in regards to**

12  **the -- and let me rephrase.**

13       **Who was your Florida contact person in regards**

14  **to the development of these two projects?**

15      A.    By "contact person," do you mean the

16  contractor or the management company or -- I mean,

17  there was a Florida-based builder and a management

18  company there that oversaw the operations.

19      **Q.    Well, let me ask it this way.  Who in**

20  **Florida did you have most contacts with in regards**

21  **to these two projects?**

22          MR. WELLS:  Objection; form.

23          THE WITNESS:  I think that would probably

24     be Mark Farrell.

25  BY MR. SAYRE:

60ad8a76-61f0-4595-91ca-f14f3c94a992

1    Q.   And what was Mr. Farrell's role in regards

2 to these two projects?

3    A.   He's also an investor in the projects.

4    Q.   Was he a general contractor as well, or --

5    A.   No, he was -- he's not the general

6 contractor, no.

7    Q.   Okay.  And so is it fair to say that he

8 was kind of managing the development of these two

9 projects for you guys?

10         MR. WELLS:  Objection; form.

11         THE WITNESS:  That's fair to say.  He was

12     managing aspects of the development of them,

13     yes.

14 BY MR. SAYRE:

15    Q.   Okay.  And so -- okay.  And so while you

16 would have contacts also with the general

17 contractor, presumably, most of the contacts were

18 with Mark to kind of get an update on what's going

19 on in Florida; right?

20         MR. WELLS:  Objection; form.

21         THE WITNESS:  That is correct, although he

22     now spends most of his time in Texas, so --

23     but, yes.

24 BY MR. SAYRE:

25    Q.   You snagged him; huh?  That's what Cross

Page 52

1   said.  He didn't say, "snagged," but all right.

2       Well, why don't you tell me about this

3   Hollywood project that you were exploring with the

4   Fischers.

5       A.   My understanding is that the Fischers own

6   some condo units in a condominium building on the

7   beach in Hollywood, Florida, and were interested in

8   redeveloping the site to a higher and better use

9   than it currently is or was.

10      Q.   Did you ever visit with the Fischers in

11  regards to that project?

12      A.   I did, yes.

13      Q.   Okay.  And when was that?

14      A.   I believe it was 2015.  It was prior to

15  the reference date on 2016, but I did visit with

16  them about it.

17      Q.   Okay.  Did you visit more than once?

18      A.   I don't think so, no.

19      Q.   And what did you do on that visit in 2015?

20      A.   And, again, I think it was 2015.  It might

21  have been '14, but probably '15.  We visited the

22  property in Hollywood and walked around the site,

23  the buildings, the parking garage, et cetera.

24      Q.   And what ultimately came of your

25  involvement with the Hollywood project?

1      A.    Nothing.

2      Q.    What other projects did you discuss --

3  what other Florida projects did you discuss with

4  the Fischers, to the extent you can recall?

5      A.    That was the only one, the Hollywood

6  project.  And I think we discussed them potentially

7  investing in the Jacksonville project, although

8  they didn't invest in it.

9      Q.    To your knowledge, why did the Fischers

10 not ultimately invest in the Jacksonville project?

11     A.    They didn't think the returns were to

12 their liking, I think.

13     Q.    In the production I saw something about a

14 Gainesville, Florida, project.  Were you involved

15 in that project in any way?

16     A.    Not that I recall.

17          MR. WELLS:  Objection; form.

18          THE WITNESS:  We never bought anything in

19     Gainesville.

20 BY MR. SAYRE:

21     Q.    You should.  It's a lovely town.  Having

22 gone to undergrad and law school there, I can

23 attest to it.

24        I'm going to pull up what was previously

25 marked as Exhibit 32, and it's an e-mail from

60ad8a76-61f0-4595-91ca-f14f3c94a992

Page 54

1  Andrew Fischer to Cross Moceri and John Griggs

2  cc-ing Michael Fischer.  And the subject is, "Fwd:

3  Liquid Lofts - Miami Rental Development Project."

4       And it says, "Per my father's conversation

5  with John yesterday, please find attached

6  information on the Liquid Lofts development that we

7  are looking at in downtown Miami."

8       The "John" there I assume is you, John Griggs?

9       A.   Looks to be, yeah.

10      Q.   Do you know -- do you remember what this

11  was about?

12      A.   Not really.  I think there were -- I guess

13  it was a condo project in Miami that the Fischers

14  were looking at, but it didn't -- nothing came of

15  it.

16      Q.   So I assume you never visited Miami in

17  regards to this project?

18      A.   No.

19           MR. SAYRE:  John, I'm close to finishing

20      up.  Let me go back and check some notes.  If

21      we can take -- I know we just took a

22      five-minute break about thirty minutes ago,

23      but if you wouldn't mind taking another little

24      five-minute break and we can come back.

25           THE WITNESS:  Sounds good.

60ad8a76-61f0-4595-91ca-f14f3c94a992

1          MR. SAYRE:  All right?  Thank you.

2          (Thereupon a brief recess was taken, after

3     which the following proceedings were had:)

4          MR. SAYRE:  All right.  John, I'm done.

5          THE COURT REPORTER:  Read or waive?

6          MR. SAYRE:  Harris, do you want to explain

7     or you want me to explain it?

8          MR. WELLS:  Go ahead.

9          MR. SAYRE:  So, John, you have the -- I

10    don't know how many depositions you've been

11    through, but you have the opportunity to read

12    the deposition transcript to make sure the

13    court reporter got it down correctly and note

14    any errors, or you can waive that reading.

15    And so that's what the court reporter means by

16    read or waive the transcript.

17         THE WITNESS:  Fair enough.

18         MR. SAYRE:  All right.  So which one?

19         THE WITNESS:  I'll read it.

20         MR. SAYRE:  Okay.  All right.  And we will

21    order, Jan.

22         THE COURT REPORTER:  And, Mr. Wells, do

23    you need a copy?

24         MR. WELLS:  Yes, please. 3:26 p.m.

25         (Thereupon the taking of the Zoom

Page 56

1   videoconference deposition was concluded.)

2

3

4

5                    JOHN J. GRIGGS, III

6

7

8         Sworn to and subscribed before me this

9

10      day of                2021.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

60ad8a76-61f0-4595-91ca-f14f3c94a992

Page 57

1                    CERTIFICATE OF OATH

2

3  STATE OF FLORIDA

4  COUNTY OF MIAMI-DADE

5

6          I, the undersigned authority, certify that

7  JOHN J. GRIGGS, III, was duly sworn.

8

9

10          WITNESS my hand and official seal this day

11  of February 22, 2021.

12

13

14

15

16                 JAN L. BRONIS

17                 Notary Public - State of Florida

18                 My Commission expires:  5-16-2023

19                 Commission No. GG 292098

20

21

22

23

24

25

60ad8a76-61f0-4595-91ca-f14f3c94a992

Page 58

1          REPORTER'S DEPOSITION CERTIFICATE

2

3   STATE OF FLORIDA

4   COUNTY OF MIAMI-DADE

5

6          I, JAN L. BRONIS, Registered Professional

7   Reporter, certify that I was authorized to and did

8   stenographically report the Zoom videoconference

9   deposition of JOHN J. GRIGGS, III; that a review of

10  the transcript was requested; and that the

11  transcript is a true and complete record of my

12  stenographic notes.

13

14         I further certify that I am not a

15  relative, employee, attorney, or counsel of any of

16  the parties, nor am I a relative or employee of any

17  of the parties' attorney or counsel connected with

18  the action, nor am I financially interested in the

19  action.

20         DATED this day of February 22, 2021.

21

22

23

24         JAN L. BRONIS, R.P.R.

25

Page 59

1                    CORRECTION SHEET

2

3      Re: XL Funding, Inc. V. Griggs, Moceri
       Deponent: JOHN J. GRIGGS, III
4      February 16, 2021

5  PAGE NO.  LINE NO.    CORRECTION OR CHANGE

6  _____  _____  _____
   _____  _____  _____
7  _____  _____  _____
   _____  _____  _____
8  _____  _____  _____
   _____  _____  _____
9  _____  _____  _____
   _____  _____  _____
10 _____  _____  _____
   _____  _____  _____
11 _____  _____  _____
   _____  _____  _____
12 _____  _____  _____
   _____  _____  _____
13 _____  _____  _____
   _____  _____  _____
14 _____  _____  _____
   _____  _____  _____
15 _____  _____  _____
   _____  _____  _____
16 _____  _____  _____
   _____  _____  _____
17

                     _____
18                        JOHN J. GRIGGS, III
   Sworn to and subscribed to before me this _____day
19 of _____, 2021 by _____ who
   produced_____ as Identification.
20
                     _____
21                   Notary Public-State of Florida
                     My Commission No.
22                   Expires:

23

24

25

60ad8a76-61f0-4595-91ca-f14f3c94a992

```
                                                    Page 60
 1        CHOICE-UNITED REPORTING SERVICE, INC.
   REGISTERED PROFESSIONAL REPORTERS / VIDEOTAPE
 2 DEPOSITIONS COMPUTER TRANSCRIPTION / LITIGATION
   VIDEO TELECONFERENCING

 3

 4 Jan L. Bronis     Registered Professional Reporter
   Ft. Lauderdale (954) 728-9886  Miami (305)374-2222

 5

 6
               February 22, 2021
 7
    RE:   XL Funding, Inc. V. Griggs, Moceri
 8

 9 Reynolds Frizzell, LLP
   Attn:  Harris Wells, Esq.
10 1100 Louisiana, Suite  3500
   Houston, Texas 77002

11

12
   Dear Mr. Wells,
13         With reference to the Zoom videoconference
   deposition of JOHN J. GRIGGS, III, taken on February
14 16, 2021, in connection with the above-captioned
   case, please be advised that the transcript of the
15 deposition has been completed and is awaiting
   signature.
16      Please arrange to have the deponent stop by
   our office at 19 West Flagler Street, Suite 1001,
17 Miami, Florida, for the purpose of reading and
   signing the transcript of the deposition. Office
18 hours are from 9:30 a.m. until 4:30 p.m., Monday
   through Friday.
19          PLEASE TELEPHONE IN ADVANCE
      If this has not been taken care of, however,
20 within the next 20 days or by the time of trial,
   whichever comes first, we shall conclude that the
21 reading and subscribing of the deposition have been
   waived without further notice.
22
      Sincerely,
23

24    BY:  _____

25          Jan L. Bronis, RPR
```

60ad8a76-61f0-4595-91ca-f14f3c94a992

**A**

**a.m** 60:18
**able** 30:9
**above-captioned** 60:14
**abroad** 31:23
**account** 44:6,10,14
**accountant** 15:1
**accurate** 20:19,24,25
**acquisition** 5:21
**acquisitions** 5:18
**action** 58:18,19
**Additional** 32:15
**address** 32:5,19,22 33:5,11 43:16 44:16
**addressed** 32:20
**ADVANCE** 60:19
**advised** 60:14
**affiliated** 13:1
**afternoon** 4:7,9
**ago** 21:17,18,19 22:7 54:22
**agreed** 5:2
**agreement** 45:9 46:1 46:4 49:12,19
**Agreements** 45:6
**ahead** 24:17 55:8
**all-time** 30:6
**allegations** 9:10,17 9:23
**alleged** 9:13
**alternative** 27:15
**amount** 6:11 44:3
**and/or** 16:17
**Andress** 41:4
**Andrew** 24:23 25:12 27:19 29:18 32:21 33:11 34:3,7 35:23 36:3,23 38:24 39:17 41:3,6,11,13 42:12 54:1
**answer** 19:20 22:5 44:23
**answered** 22:15,16
**anybody** 8:25
**apartment** 7:5 15:16 43:16
**Apartments** 11:13
**appear** 9:3 44:3 46:3
**APPEARANCES** 2:1
**appears** 43:11 44:4 45:8 46:7 47:14

49:5
**application** 48:10 49:5
**appreciate** 27:9 29:3
**approximately** 37:13
**area** 7:6,6 11:12 23:23
**arrange** 60:16
**aside** 38:22,23
**asked** 32:9 33:7 35:17
**aspects** 51:12
**assemblage** 37:11
**asset** 7:16,20 49:15
**assets** 6:23 7:3 12:13 12:21 14:8,10 16:5 17:20 30:8 50:7
**assigned** 49:16
**assignment** 49:13
**assume** 33:5 40:1 54:8,16
**assumption** 36:20
**Astafurova** 29:22
**attached** 19:13 37:16 54:5
**attachment** 19:9
**attended** 50:9
**attention** 20:5
**attest** 53:23
**Attn** 60:9
**attorney** 48:9 58:15 58:17
**attractively** 37:19
**Austin** 11:5 37:11 39:18,20
**authority** 57:6
**authorization** 47:24 48:11,13
**authorized** 48:24 58:7
**available** 34:13 35:25
**Avenue** 32:23 43:15 43:20
**average** 13:8
**awaiting** 60:15

**B**

**B** 3:14
**back** 10:24 19:17 34:12,18 54:20,24
**background** 5:13
**backstop** 27:10 29:4

29:13
**Ballpark** 8:18 11:7 11:10,12,15,16,16 12:8,13,18 32:16 43:1
**bank** 43:11,12
**banking** 43:19
**barely** 18:8
**BARNETT** 2:2
**based** 7:17 9:2 22:12 27:25 44:5 46:3
**basically** 12:2
**Bates** 24:9 33:21 39:10 45:17
**Bay** 41:25
**beach** 31:12,17,21 32:6,7,23 33:3,12 34:21 42:2 43:16,20 43:20 52:7
**Bear** 46:22
**behalf** 2:4,9
**believe** 4:24 5:3 7:14 7:18 13:3 15:8,18 17:2,18 20:14 23:15 23:22 32:5 37:19 41:23 42:11 44:13 47:20 52:14
**beneficial** 20:9 43:5
**best** 39:24
**better** 28:5 52:8
**beyond** 12:16
**big** 6:2 25:3
**bigger** 7:19
**biggest** 35:4
**bit** 5:12 34:6 38:3 46:11
**blacked** 44:17
**blow** 27:11 29:4,16
**blown** 30:11
**bonus** 37:14
**bottom** 11:1 14:8 26:19 41:4
**bought** 15:17,18 53:18
**BP** 8:21,22 9:1 11:17 11:21,23
**branches** 11:22
**break** 13:5 40:18 54:22,24
**brief** 40:20 55:2
**briefly** 49:21
**brings** 4:19

**broker** 12:14
**Bronis** 1:22 57:16 58:6,24 60:4,25
**brought** 6:14
**builder** 50:17
**building** 52:6
**buildings** 52:23
**bunch** 7:11 35:1 44:16
**business** 10:12 15:3 24:5 47:18,24 48:12 48:12,25 49:1,4
**buy** 16:4
**buyer** 46:10

**C**

**calendar** 22:13,17,18 25:10 37:3
**calendars** 27:12 36:8
**California** 5:18,20
**call** 13:13 14:3 15:10 17:21 25:2 34:9,14 35:9,13 36:1,2 40:16
**called** 4:3 7:1,7,16 11:7 12:10 15:15 23:19
**calls** 13:7 30:10,12 32:15 35:18
**candid** 30:8
**capacities** 10:12
**capacity** 13:2,3
**capital** 30:11 32:15 38:13 44:1
**care** 60:19
**case** 1:4 49:6 60:14
**catalyst** 11:7 12:10 12:12,18 13:8,20 17:23 19:4 26:25 27:6,21 28:1 29:11 30:15,16,18 32:22 33:15 35:5 37:8,11 37:25 38:2,9 42:19 42:25,25 43:4 44:1 44:21 45:2 46:2 49:9
**cause** 1:25
**cc-ing** 54:2
**Centaurus** 7:2,20,21
**center** 11:4,5 23:11 49:23
**certain** 12:25

**CERTIFICATE** 57:1 58:1
**certify** 57:6 58:7,14
**cetera** 52:23
**chain** 34:7,24 39:16
**CHANGE** 59:5
**character** 38:20
**characterization** 16:19
**chart** 8:18,20,23 9:3 9:6 10:23 11:1,3,19 11:25 12:17 13:23 14:8 20:13
**charts** 19:8,13,19 20:14,19
**check** 54:20
**checked** 25:9 27:12
**chime** 39:25
**CHOICE-UNITED** 60:1
**church** 27:24
**Cielo** 45:10
**circles** 15:3
**City** 15:2 43:12
**clarify** 21:10
**clear** 45:17
**close** 37:9 54:19
**closed** 35:2
**closing** 27:9 34:15 44:2 49:13
**clue** 29:9
**Cluster** 15:20
**co-invested** 20:2
**Coconut** 2:3
**coincide** 44:3
**Collectively** 45:11
**Collins** 43:20
**colloquially** 11:4,10 15:20
**come** 21:24 40:5 42:1 44:14 54:24
**comes** 60:20
**Commission** 57:18,19 59:21
**communication** 42:5
**communications** 30:6
**companies** 7:21 12:4 16:18
**companion** 29:24
**company** 6:21 7:1,7 7:16 17:20 43:24 46:15 47:20 48:11

50:16,18
**complete** 58:11
**completed** 60:15
**complex** 15:16
**complexes** 7:5
**composite** 8:14,15
  10:24 19:11 20:13
**compound** 18:19
**COMPUTER** 60:2
**conclude** 60:20
**concluded** 56:1
**condo** 41:23 52:6
  54:13
**condominium** 52:6
**conducted** 10:14
**conference** 23:19,20
  30:10 34:9,14 35:18
  40:3
**confirm** 47:10
**connected** 48:19
  58:17
**connection** 60:14
**consecutively** 5:3
**construction** 50:9
**contact** 10:15 50:11
  50:13,15
**contacts** 9:14,17,20
  9:21 10:7,11,20
  50:20 51:16,17
**contemplated** 38:6,8
**content** 29:20
**continue** 7:23
**contract** 37:13
**contractor** 50:16
  51:4,6,17
**contribution** 44:1
**controlled** 16:6,8
**convenient** 27:14
**conversation** 54:4
**copied** 27:3 37:7
  41:10
**copy** 55:23
**copying** 29:18 39:17
**Corporate** 5:20
**Corporations** 48:4
**Corporations'** 47:2
**correct** 5:5,16 7:8,9
  8:23 10:21 11:20,24
  11:25 12:5,11 43:13
  43:14,17,18,21
  44:23 46:12 49:10
  49:19 51:21

**CORRECTION** 59:1
  59:5
**correctly** 32:24 55:13
**correspondence** 33:8
  33:12 43:13
**Côte** 31:15
**counsel** 3:25 58:15,17
**countries** 31:3
**COUNTY** 57:4 58:4
**couple** 22:3 30:2
**court** 1:1 3:23 4:11
  18:7,13 31:13 45:15
  55:5,13,15,22
**cover** 46:9 48:5
**covered** 37:10 49:7
**Cross** 1:11 5:17,22
  6:6,17,17 7:15 8:25
  9:4 13:19 14:1,9
  16:5,11,14 17:3
  19:7 27:3 28:4,7,9
  28:18 29:2,6,16,17
  30:4 33:17 34:3,7
  34:25,25 35:18 37:7
  37:24 38:16,23
  39:17,22 40:5,16
  41:3,5,11 45:23
  46:15 47:7 48:20
  51:25 54:1
**Cross'** 40:24 43:9
  46:25 48:3
**CT** 35:13
**currently** 52:9
**cut** 6:5 50:2

___

**D**

**D** 3:1
**d'Azur** 31:16
**dad** 26:4
**Dallas/Fort** 7:6
**Dan** 19:10,12 32:21
**data** 37:17
**date** 27:16 44:3 52:15
**dated** 19:16 29:19
  34:4,8 41:6 58:20
**day** 56:10 57:10
  58:20 59:18
**day-to-day** 12:23
**Daylight** 36:4,11,20
**days** 60:20
**deal** 15:10 17:22
  27:10 29:4 37:9
  38:8,13

**Dear** 60:12
**debt** 12:20
**deceased** 18:4
**December** 29:19
**DEF011940** 39:10
**DEF011957** 24:10
**Defendants** 1:12 2:9
**definitely** 22:12 41:21
**depends** 18:25
**deponent** 59:3 60:16
**deposition** 1:19,25
  3:24 4:15,19 5:7
  9:15 10:13 24:11
  33:23 39:11 40:25
  43:9 45:19 46:25
  48:3 55:12 56:1
  58:1,9 60:13,15,17
  60:21
**depositions** 55:10
  60:2
**describe** 11:11 18:25
**described** 11:3
**developing** 50:7
**development** 12:15
  37:20 50:14 51:8,12
  54:3,6
**differed** 38:20
**different** 41:19
**difficult** 30:7
**DIRECT** 3:10 4:5
**directed** 42:6
**discounted** 37:12
**discovery** 9:15 10:13
**discuss** 26:24 27:21
  28:1,11,19 34:14
  39:20 53:2,3
**discussed** 28:18 53:6
**discussing** 37:21 38:1
**discussion** 28:10
**discussions** 28:23
**DISTRICT** 1:1,1
**Division** 1:3 47:1
  48:4
**document** 4:23 5:7
  24:11,15 26:16
  32:12 33:23 39:9,11
  43:8 45:18,19 48:10
**documents** 39:5
  44:18,19,20 45:6
**doing** 47:21
**Donny** 41:3,5,9,24
**doubt** 40:14

**downtown** 54:7
**dropped** 9:25
**dubbed** 37:11
**duly** 4:4 57:7

___

**E**

**E** 3:1,14
**e-mail** 19:9 24:21,23
  27:3,4,17,25 28:4
  28:24 29:2,20,25
  30:1,4 34:6,24
  35:11,24 37:7 39:16
  40:6 41:2,5 42:3
  53:25
**e-mailed** 3:24
**e-mails** 13:7 24:22
  27:2 30:11 34:2,25
  39:15
**East** 8:19 11:10,15
  17:22
**Eastern** 36:4,11,14
  36:20
**easy** 23:9 46:20
**EDT** 36:1
**effectively** 30:8
**effort** 10:14
**eight** 23:15
**either** 14:19 20:14
**employed** 7:1 8:1
**employee** 8:4 58:15
  58:16
**enterprise** 7:19
**entities** 6:25 7:11,22
  8:1,8 12:6,25 14:13
  16:5,7,15 20:1,3,17
  38:17,18
**entity** 7:13 16:5 42:24
  45:2,4 47:2 49:11
  49:14,16
**Equities** 19:15
**equity** 20:8 38:22
**errors** 55:14
**Especially** 40:13
**Esq** 2:4,8,24 60:9
**estate** 6:15 8:10 15:5
  15:6 23:24 24:3
  47:21
**et** 52:23
**exact** 45:4
**exactly** 14:2 20:23
  29:13 33:1,3 39:6
**EXAMINATION**

3:10 4:5
**Examinations** 3:4
**Excuse** 18:7
**exhaustive** 21:15
**exhibit** 3:17,18,19,20
  3:21 5:2,8 8:12,13
  8:14,15 10:24 13:25
  19:11,17 20:13 24:8
  24:9,12 26:17 29:14
  29:15 32:10,11
  33:20,21,24 37:6,6
  39:9,12 40:23,24
  43:7,8 44:5 45:14
  45:16,20 46:25 48:3
  53:25
**exhibits** 3:23
**expires** 57:18 59:22
**explain** 55:6,7
**exploring** 52:3
**extent** 29:7 45:3 53:4

___

**F**

**fact** 40:11
**Failure** 32:14
**fair** 6:11 7:24 13:21
  16:9,19 20:18 32:17
  49:2,18 51:7,11
  55:17
**familiar** 7:7
**family** 17:6,20,24
  18:5,22 19:1
**family's** 43:6
**far** 6:7 39:5
**Farrell** 48:17 50:24
**Farrell's** 51:1
**father** 34:11 41:22
**father's** 54:4
**February** 1:16 57:11
  58:20 59:4 60:6,13
**feed** 11:17
**feel** 26:5
**fellow** 48:17
**ferret** 10:14
**filed** 1:25
**filing** 48:3
**finalizing** 27:21
**financial** 29:11
**financially** 58:18
**financing** 12:20
**find** 54:5
**finishing** 54:19
**firm** 5:22,25 6:2

**first** 4:4 6:18 7:10,13
  14:18 15:9,13 20:12
  21:8,11,19,22 22:7
  26:7 27:2 33:22
  34:6,11 39:10,16
  45:17 46:3 60:20
**Fischer** 12:5 14:12,15
  14:17,18,18,25 15:8
  15:10 16:7,9,17,25
  17:6,20,24 18:3,5
  18:22 19:1 20:18
  22:18 24:23,23 25:1
  25:12,13 29:17,18
  31:25 32:21,21
  33:10,11 34:3,17
  35:23 39:18 41:3,6
  41:11,13 42:12 43:6
  54:1,2
**Fischer's** 14:12 16:3
  21:21,23 31:9,20
**Fischers** 11:9 19:22
  20:3,7,8 21:2,3,9,10
  21:11,25 22:1,10,22
  26:10 28:11,20
  30:13,16,19,23
  33:15 35:19 36:18
  37:24 38:18 39:2
  42:18 52:4,5,10
  53:4,9 54:13
**Fischers'** 38:9
**Five** 40:18
**five-minute** 54:22,24
**Flagler** 60:16
**Florida** 1:1,24 2:3
  9:13,14,17,21 10:8
  10:11,20 23:1 24:3
  24:6 32:23 33:3,12
  43:16,20 47:1 48:4
  48:12 49:1,4 50:13
  50:20 51:19 52:7
  53:3,14 57:3,17
  58:3 59:21 60:17
**Florida-based** 50:17
**follow** 12:2
**followed** 6:6
**following** 19:9 40:21
  55:3
**follows** 4:4
**Foreign** 48:10
**forget** 15:13
**form** 8:3 10:9 13:9
  15:11 16:20 17:9

18:6,23 19:23 20:6
  20:21 25:5 28:2,21
  31:1 32:1 33:6
  34:19 35:20 36:5,22
  38:10 42:7,20 44:7
  46:6 47:13 50:22
  51:10,20 53:17
**formed** 7:13 16:4,15
**forward** 24:25 27:7
  37:20
**four** 11:15 14:7
**France** 31:11,16
  41:22
**Francisco** 40:1
**frequent** 31:4
**Friday** 37:21 39:23
  60:18
**Frizzell** 2:6 60:9
**Ft** 60:4
**Fund** 32:14
**Funding** 1:7 17:12,19
  17:24 19:4 43:13
  44:5,14,21 59:3
  60:7
**funds** 16:10,12,12
  44:20
**further** 37:21 58:14
  60:21
**future** 37:20
**Fwd** 54:2
_____
**G**
**G-r-i-g-g-s** 4:13
**Gainesville** 53:14,19
**garage** 52:23
**general** 11:12 13:1
  16:6,24 17:3 51:4,5
  51:16
**generally** 17:15 30:24
  31:8
**Gents** 27:5 41:7,9
**Georgia** 36:15
**getting** 25:25
**GG** 57:19
**girlfriend** 29:23
**give** 5:12 33:11
**given** 37:19
**giving** 4:10
**glad** 27:17
**go** 5:2 24:17 25:6,8
  25:10 27:1 28:12,14
  28:16,17 31:25 32:5

32:7 34:6 48:9
  54:20 55:8
**goes** 30:12 36:19
**going** 4:17 5:1,11
  8:12,14 9:18 10:24
  10:25 15:12 19:17
  22:8 24:8,9,18
  26:15,17 28:8 29:16
  30:1 32:10 33:3,20
  34:6 36:21 37:5
  39:8 40:15,23,25
  41:11 45:13,23,24
  46:10 47:17 48:1,2
  51:18 53:24
**going-in** 37:15
**good** 4:7,9 7:14 8:6
  39:23 40:19 46:21
  54:25
**grand** 50:9
**grandfather** 26:6
**greatly** 37:15
**Green** 11:2,6,14,16
  45:1,3,9,10 46:1,4
  49:8,15,19
**Greystone** 41:8,10
**Griggs** 1:10,19 3:8
  4:2,7,13 14:1,3
  25:20,22,24 26:2,4
  26:7 34:4,8 47:7
  48:20 54:1,8 56:5
  57:7 58:9 59:3,3,18
  60:7,13
**groundbreaking**
  50:10
**group** 11:22 27:7
  39:1
**Grove** 2:3
**guarantor** 12:20
  14:12
**guarantors** 14:2,2,9
**guess** 8:5 9:14 12:22
  13:6,11,15 17:11
  18:25 19:24 22:5
  28:24 54:12
**guys** 16:15 27:14
  31:24 39:25 51:9
_____
**H**
**H** 3:14
**hand** 57:10
**handling** 44:2
**hands-on** 16:17

**happen** 25:4
**happened** 25:8 28:24
**happens** 20:12
**Harbour** 41:25 42:1
**Harris** 2:8 5:4 55:6
  60:9
**head** 45:5
**hear** 18:9
**heard** 18:9
**held** 23:20
**Hello** 34:11 35:24
**help** 45:7 47:16 48:1
**Heritage** 43:24
**higher** 52:8
**Hillcroft** 20:12
**history** 21:16
**hold** 24:5
**holding** 17:20
**Holdings** 11:17,21
  43:2
**Hollywood** 52:3,7,22
  52:25 53:5
**honestly** 31:4
**hour** 40:17
**hours** 60:18
**house** 21:21,23 22:4
  23:25
**houses** 41:19
**housing** 23:19 35:3
  37:10
**Houston** 2:7 7:6
  15:15,16,19 19:15
  60:10
**huh** 51:25
_____
**I**
**idea** 39:23
**Identification** 3:17,18
  3:19,20,21 5:8
  24:12 33:24 39:12
  45:20 59:19
**identified** 45:5
**identify** 45:25
**ignored** 30:11,12
**III** 1:10,19 3:8 4:2,13
  14:1 56:5 57:7 58:9
  59:3,18 60:13
**imagine** 29:10
**immediately** 6:16
**improved** 37:15
**Inc.'s** 44:6,14
**included** 28:9 41:4

**including** 5:21 11:9
  19:3 35:3
**incorrect** 9:6
**independently** 6:17
**individual** 1:10,11
**individually** 20:16
  24:2
**information** 48:9,17
  54:6
**infrequently** 30:17
**initial** 47:10
**initially** 7:3 30:14
**instances** 22:8
**intend** 40:9
**intended** 28:10,19
  35:8
**intent** 28:16
**interest** 20:4,9
**interested** 15:6 52:7
  58:18
**interests** 6:24
**Internet's** 10:2
**Interrogatories**
  22:16,17
**Interrogatory** 21:14
**introduce** 15:4
**introduced** 15:2
**introduction** 15:7
**invest** 37:25 38:2,4,5
  38:13 53:8,10
**Investco** 45:11 46:10
  46:14,18 47:3,11,18
  48:6,13,24 49:3,7
  49:14,16,18
**invested** 17:5 19:2
  38:23,25 42:18 43:1
**investing** 53:7
**investment** 15:23
  38:12 39:1
**investments** 9:4
  16:25 20:20 38:21
  45:10 50:1
**investor** 12:19,23
  16:18 20:1 51:3
**investors** 7:16 15:5,6
  49:25
**involved** 7:4,12 13:1
  13:19 16:25 17:2
  18:2,2,4,21 20:3,6
  20:17 33:14,18 50:4
  53:14
**involvement** 12:7,16

12:17 16:3 38:9
49:23 52:25
**Island/Bal** 41:25
**issue** 27:6
**issues** 27:22

**J**

**J** 1:10,19 3:8 4:2 14:1
56:5 57:7 58:9 59:3
59:18 60:13
**J-o-h-n** 4:12
**J-o-s-e-p-h** 4:13
**Jacksonville** 23:11
49:22 53:7,10
**Jan** 1:22 45:14 55:21
57:16 58:6,24 60:4
60:25
**January** 19:16
**John** 1:10,19 3:8 4:2
4:12,14 5:12 10:6
13:25 26:4,6 27:12
29:18 34:4,7 35:12
36:1 39:17 40:16
41:5 47:7 48:20
54:1,5,8,8,19 55:4,9
56:5 57:7 58:9 59:3
59:18 60:13
**join** 26:11 35:12,16
35:17
**jointly** 19:14
**Joseph** 4:12
**JTB** 23:12 49:23 50:8
50:10
**jurisdiction** 9:21
**jurisdictional** 10:7

**K**

**K** 1:11 14:1
**keep** 14:3 25:25 27:8
**kidding** 26:3
**kind** 11:8 13:16 15:4
18:25 19:1 20:5,22
29:10,13 38:25 39:6
51:8,18
**Kirkwood** 15:15
**kiss** 25:3
**knew** 15:2
**know** 6:25 7:11 9:2,7
10:10 11:8 12:25
13:15,17,17 14:16
15:5 17:15 18:24
19:4 20:15,23 21:13
22:15 23:8,23 25:16

27:9,20 28:3 29:3,7
29:12,23 30:22 31:5
31:10,22,25 32:8
33:4 34:13,21,22
36:6,16,16 38:4,20
40:15 41:21 42:14
42:16,18,24 44:8,10
44:15,22,24 45:3,4
46:20 47:23,25
54:10,21 55:10
**knowledge** 4:20,21
30:21 33:10 43:25
47:19 53:9

**L**

**L** 1:22 25:4 57:16
58:6,24 60:4,25
**L.P** 45:10
**Label** 39:10
**Lana** 38:24
**land** 37:10
**large** 1:24 23:18
37:10 38:22
**larger** 11:6,11 45:1
46:2 49:9
**Lauderdale** 60:4
**law** 5:20 53:22
**lawsuit** 9:10,11,22
49:10
**lawyer** 5:15
**let's** 13:13 37:5 46:22
**Lethal** 14:4,5
**letter** 48:5
**Liability** 46:15 48:11
**licenses** 24:5
**life** 46:20
**liked** 38:3
**likes** 34:25
**liking** 53:12
**limit** 30:14
**limited** 10:11,16,19
10:21 16:8 38:19
46:14 48:10
**line** 34:11 59:5
**link** 35:5 37:16
**Liquid** 54:3,6
**list** 19:8
**listed** 20:15 32:19,22
43:19 46:14 47:2,6
48:13,19
**lists** 44:15
**litigation** 10:8 60:2

**little** 5:12 40:18 54:23
**lives** 41:12
**living** 41:10,13
**LLC** 7:2 8:21,22 9:1
11:17,21 12:3 32:22
45:10,11 46:10,14
46:18 47:3,12,18
48:6,13,24 49:18
**LLCs** 7:12 19:3
**LLP** 2:6 60:9
**loan** 7:17 45:6
**loans** 14:7,9,11
**located** 22:18 30:20
30:24
**location** 42:9 43:19
**Lofts** 54:3,6
**London** 31:10,14
41:22
**long** 34:25
**look** 20:24 24:18,25
37:20 39:5 41:1
**looked** 44:19
**looking** 20:23 22:17
27:2 54:7,14
**looks** 20:25 27:5
32:15 35:1 42:3
44:9 49:1 54:9
**lot** 14:5 27:11 29:5
36:13 44:11
**Louisiana** 2:7 60:10
**lovely** 53:21
**low** 30:7
**lower** 47:6

**M**

**mail** 36:19
**mailed** 44:9
**mailing** 44:16
**mailings** 31:24 32:2,4
**making** 13:7 30:7
**manage** 30:8
**managed** 20:4
**management** 7:2 8:5
50:16,17
**manager** 11:23 47:11
**managerial** 39:3,6
**managers** 38:17 47:6
48:20
**managing** 13:3 16:16
17:4 46:16 51:8,12
**March** 25:1 26:23
**mark** 5:1 24:9 45:13

48:17 50:24 51:18
**marked** 3:23 5:7 8:13
10:23 13:24 19:12
24:11 26:16 29:15
32:11 33:21,23 37:6
39:9,11 40:24 43:8
45:19 46:25 48:2
53:25
**markets** 23:24
**Mary** 2:3
**matter** 11:12
**matters** 25:3
**Matthew** 2:24 19:10
19:12
**McKenna** 19:10,13
32:21
**mean** 6:23 9:7,12
10:10,21 12:19 17:2
17:10 18:24 19:1
20:22 21:13,20
22:11 25:16 28:3,4
28:7,12,22 29:8,10
31:22 32:2 33:16
34:20,21 36:18 38:3
38:5,11 41:21 44:8
44:9,15 50:15,16
**means** 27:11 29:4
36:20 55:15
**meant** 26:24
**meet** 14:18 21:25
22:1,9
**meeting** 40:5 41:8
42:4
**member** 8:8,21 9:1
13:3 17:4 20:16
46:16,18
**members** 17:3,7,25
**mentioned** 14:15
20:18 22:6 23:16
46:9
**mentions** 30:4 35:1
41:24
**mergers** 5:18,21
**merits** 38:7
**message** 24:24
**met** 14:24 15:3
**Meza** 2:24 19:10,12
**Miami** 1:3 21:3,3,12
21:24 22:9,24 24:25
25:2,12,21 26:10,23
27:13,22 28:8 31:11
31:16,20 32:6,7,23

33:3,12 34:21 36:11
36:18,19,21 40:5,7
40:9 41:8,10,14
42:2,6,8,13 43:16
43:20 54:3,7,13,16
60:4,17
**MIAMI-DADE** 57:4
58:4
**michae** 25:3
**Michael** 2:4 14:17
15:7 16:7 17:6
19:14 24:23,24 25:1
25:12 29:17 31:2
32:20 38:24 39:17
54:2
**Michael's** 29:22
**Mike** 14:18
**Milbank** 6:1
**million** 42:21 43:4
**mind** 4:10 54:23
**minimize** 26:17
**Minneapolis** 7:18
**minutes** 40:18 54:22
**missed** 10:2
**missing** 25:4
**misunderstood** 33:2
**mixed** 26:1
**Moceri** 1:11 9:4 12:4
14:1,9 16:5,11 17:3
20:15 26:11 34:4
46:16 47:7 48:21
54:1 59:3 60:7
**Monday** 60:18
**money** 42:16 43:3
**moniker** 12:15
**month** 15:14 30:10
34:15
**morning** 27:21 34:14
**move** 14:22 26:20,21
**moved** 6:6,18,19 7:4
**moving** 27:7
**multi-family** 23:18
**Multi-Housing** 23:20
**multiple** 17:11,18
20:2 31:2

**N**

**N** 3:1
**name** 4:10 5:25 6:21
7:22 8:9
**National** 23:19 43:12
**nature** 9:10 16:2

28:18
near 27:8 30:6 31:11
  31:16
need 5:13 55:23
never 53:18 54:16
New 6:2 15:1 41:22
nice 31:11,16 40:11
NMHC 23:19
noon 42:1
Notary 1:23 57:17
  59:21
note 55:13
notes 13:25 54:20
  58:12
notice 1:24 4:15
  32:14 60:21
November 34:4,8
number 7:22 8:6
  24:10 33:21 34:16
  45:17
numbers 37:15

**O**

OATH 57:1
Object 33:6
objection 8:3 10:9
  13:9,14 15:11 16:20
  17:9 18:6,9,23
  19:23 20:21 25:5
  28:2,21 31:1 32:1
  34:19 35:20 36:5,22
  38:10 42:7,20 44:7
  46:6 47:13 50:22
  51:10,20 53:17
objections 18:11
obviously 14:16 18:2
occasion 12:9 26:13
occasions 26:12
oddity 25:11
offer 35:5
office 60:16,17
official 57:10
officially 6:12
Oh 25:25
Oil/Gas 34:15
okay 4:25 6:2,14 8:25
  9:5 10:22 12:8,22
  13:22 14:15,24
  16:14 18:1 21:2,5
  21:24 22:5,14,21,24
  23:1,4 24:20 25:15
  26:15,21,21 30:3,19

33:17 37:4 39:2,8
  44:25 50:3 51:7,15
  51:15 52:13,17
  55:20
once 21:6,7 52:17
ongoing 19:22
opening 50:9
operations 50:18
operators 15:6
opinion 10:16
opportunities 6:15
opportunity 33:15
  55:11
order 55:21
org 8:18,20,23 9:2,6
  10:23 11:1,3,19,25
  12:17 13:23 14:8
  19:8,13,19 20:19
Orlando 23:21
outstanding 39:21
oversaw 50:18
owned 16:6,7 17:23
owner 7:25
owners 12:3
ownership 20:4,9
  43:6 49:15 50:1
ownerships 20:8
owns 19:14

**P**

P.L 2:2
p.m 1:16,16 55:24
  60:18
package 37:16
page 3:4,15 33:22
  39:10 46:3,10,11,13
  47:7 59:5
paid 37:14
Paragraph 30:5
paraphrasing 8:19
Parke 11:1,6,14,16
  45:1,3,9,10 46:1,4
  49:8,15,19
parking 52:23
part 11:6 19:11 26:24
  28:1 41:15 45:1
  46:2 49:9
participant 20:16
participation 29:11
particular 17:21
  29:13
parties 58:16

parties' 58:17
partner 16:7,8 17:4
  38:12,12,19
Partners 11:22 27:7
partnership 6:24
  13:2 38:1
partnerships 7:23
  16:4
Paso 45:10
passive 16:18
pay 20:5
percent 37:13
period 13:11 26:23
permission 49:3
person 28:5 50:11,13
  50:15
personally 9:24
PG 45:11 46:10,14,18
  47:3,11,18 48:5,13
  48:24 49:2,7,14,15
  49:18
phone 34:16
physical 32:2,4
place 40:11
places 36:13 41:19
Plaintiff 1:8 2:4 4:3
Pleasant 27:24
please 18:10 27:20,23
  34:13 54:5 55:24
  60:14,16,19
point 37:2
pop 4:17
portfolio 15:19
portion 8:15 11:1
  23:16
position 10:19
possible 36:24
post 3:24 5:7 24:11
  33:23 39:11 45:19
posted 27:8
potential 37:20
potentially 53:6
practice 5:18,22
prefer 35:24
present 2:21 8:2
  13:13
presenting 33:14
Presidium 7:8,13,16
  7:22 8:1,5,9,21,21
  9:1 19:14 37:8
Presidium's 7:11
presumably 28:8,15

35:8 51:17
previous 19:17 37:13
previously 8:13 10:23
  13:24 19:11 26:11
  26:16 29:15 32:11
  37:6 40:24 43:8
  44:25 46:24 48:2
  53:24
price 37:12,14
priced 37:19
primarily 33:16,17
primary 30:25 31:9
  31:20
printout 47:1
prior 22:11,12 49:13
  50:6 52:14
probably 8:6 23:5
  29:12 35:12 40:4
  50:23 52:21
proceeding 5:9 24:13
  33:25 39:13 45:21
proceedings 40:21
  55:3
produced 44:19
  59:19
production 53:13
Professional 1:23
  58:6 60:1,4
progress 27:8
project 11:6,7 12:9
  12:12,18,24 13:2,4
  13:8,19 15:14 26:25
  30:14,16,18 33:15
  35:5 37:8,11,18,25
  38:2,9,18 39:4
  42:19 44:1 45:2
  46:2 49:9 52:3,11
  52:25 53:6,7,10,14
  53:15 54:3,13,17
projects 15:22 16:3
  16:10,16 17:5 18:1
  18:4,21 19:14,22
  20:2 23:10,14 38:16
  39:4 49:22,24 50:5
  50:14,21 51:2,3,9
  53:2,3
property 7:2,20 8:5
  45:1 46:1,5 49:8
  52:22
provide 16:12
provided 16:10,12
  19:9

Public 1:23 57:17
Public-State 59:21
pull 8:12 10:24 24:8
  26:15 29:14 32:10
  33:20 37:5 39:8
  40:23,25 43:7 47:17
  48:2 53:24
pulled 45:8
pulling 46:24
purchase 11:14 16:10
  35:3 45:6,9 46:1,4
  49:12,19
purchased 7:15 45:2
  45:3
purchaser 45:12
  46:13 49:8
purchasing 49:11
purpose 6:25 9:15
  21:19 60:17
purposes 37:3
pursuant 1:24 4:15
pursued 9:13
pursuit 6:15

**Q**

question 7:14 9:19
  10:3,4,6,22,25
  18:14,16,19 19:20
  22:6 26:9
questions 24:19 30:2
quick 24:18 40:18
quite 38:3

**R**

R.P.R 58:24
range 8:7 23:6
re-entitlement 37:14
Re-Notice 4:18
read 18:16 26:19
  32:24 35:6 45:24
  55:5,11,16,19
reading 55:14 60:17
  60:21
ready 26:20
real 6:15 8:9 15:5,5
  23:24 24:2,18 47:21
really 21:20 27:9
  28:22 29:3 33:16
  42:15 54:12
reask 10:3,4
reason 9:5 42:11
  44:13
reasonable 36:19

reasonably 20:25
recall 21:8 22:9 23:7 28:12,23 33:13 53:4 53:16
receive 42:12
received 42:14
recess 40:20 55:2
recipient 43:12
recollection 48:23
record 58:11
record's 45:17
recorded 18:17
records 22:13 25:10
redacted 44:11
redeveloping 52:8
refer 12:8,9 14:17 49:22
reference 8:14 36:7 37:2 52:15 60:13
referencing 42:8 47:4
referred 11:10 12:13 15:20 18:16 23:11 32:16
referring 14:16 29:6 29:12 30:5 34:18 36:3 40:11
refers 11:4
reflecting 44:20
reflection 20:19
refresh 48:23
regarding 30:16 39:18
regards 9:17 12:24 13:8 24:19 38:8,16 39:3 50:11,13,20 51:1 52:11 54:17
Registered 1:22 58:6 60:1,4
related 23:17
relation 23:7,10,14 32:16
relationship 38:15
relative 58:15,16
remember 21:18 25:9 27:1 37:22 54:10
Rental 54:3
repeat 18:14 31:13
rephrase 9:18 18:18 42:17 50:12
report 58:8
reporter 1:23 3:24 4:11 18:7,13,17

31:13 45:15 55:5,13 55:15,22 58:7 60:4
REPORTER'S 58:1
REPORTERS 60:1
REPORTING 60:1
representing 43:6
requested 30:10 58:10
requesting 34:9
requests 21:14
residence 30:25 31:9 31:20
residences 31:3
resident 6:12
responds 25:1 35:23 39:23
responsibilities 12:24
rest 42:3
Retail/Ballpark 8:20
returns 53:11
review 30:1 58:9
Reynolds 2:6 60:9
Riggs 14:3,4 26:1,2
right 4:14,22,25 5:3,6 5:11,15,17 6:5,7,9 7:10 9:9,16 10:4,20 11:18 13:22 14:21 14:22,23 15:9,17 16:11 19:21 22:14 24:17,21 26:1,7,8,9 26:22 29:25 30:4 32:19 34:2 35:6 37:5 39:15 40:2,17 43:22,23 44:6 46:9 46:16,17,24 47:17 48:8,16 49:2,21 51:19 52:1 55:1,4 55:18,20
righty 4:17
Riverside 8:19 11:10 11:23 17:21
Riverside/Ballpark 17:22
role 39:3,6 51:1
room 37:17
Rosenberg 41:3,9
RPR 60:25

S

S 3:14
Saint-Paul-de-Vence 31:11

Sale 45:6,9 49:12
San 40:1
Saturday 34:14
saw 53:13
saying 35:24
SAYRE 2:4 3:10 4:6 5:1,6,10 8:11 10:3,5 10:17 13:12,18 15:21 16:23 17:13 18:18,20 19:5 20:10 21:1 24:14 25:7 28:6 29:1 31:7,18 32:3 33:9 34:1,23 35:22 36:9,25 38:14 39:14 40:15,22 42:10,23 44:12 45:13,16,22 46:8 47:15 50:25 51:14 51:24 53:20 54:9 55:1,4,6,9,18,20
says 6:6 8:19 13:25 19:12 27:5 29:2 35:11 37:9 39:19,22 41:7 54:4
schedule 36:1 39:19
school 53:22
screen 4:18 13:24 20:11 40:25 45:8
scroll 45:23 46:11
seal 57:10
search 21:15 22:12
second 10:1 18:8 24:17 26:18 30:1
section 13:25
see 8:16 12:17 19:18 22:17 24:15 25:2 27:17 32:11 34:9 35:14 37:5 39:20 43:7 45:7,25 46:22 47:3,8 48:5,6,14,21
seeing 24:25
seeking 48:12
seen 4:22
seller 37:10 45:11
selling 12:14
send 32:9 33:7,11
sent 31:24
separate 6:25 7:12 11:13
series 12:3 39:15
SERVICE 60:1
servicer 7:17

set 16:21 25:2 36:7 42:4
setup 16:24
seven 23:5,15
seven-property 15:18
SF 40:1
share 5:11
SHEET 59:1
shopping 11:4,5
side 11:23,23
sides 11:22
signatory 46:15
signature 46:11,12 60:15
signed 49:18
significantly 37:12
signing 60:17
simpler 13:6
Sincerely 60:22
single 15:16
sit 31:19
site 52:8,22
sites 50:6,7
Small 41:24
snagged 51:25 52:1
Solutions 7:17
somewhat 22:5
sorry 9:25 18:13 25:23,25 26:9 44:23 50:2
sort 11:11 12:14 15:19
sought 47:23 49:3
sounds 5:5 40:19 54:25
source 38:22
South 11:16 43:19
SOUTHERN 1:1
speak 18:10 30:9,13 30:15,19 35:24
speaking 31:6
speaks 28:25
special 6:25 37:18
specific 19:25
specifically 17:12 49:3
spelling 4:11
spending 6:11
spends 51:22
stake 43:6 50:1
start 6:16 26:18
started 6:11 7:21

21:14
starts 39:16
State 1:24 57:3,17 58:3
statement 43:11
states 1:1 47:24 48:25
stenographic 58:12
stenographically 58:8
stop 5:11 18:8 60:16
story 5:13
Street 2:3 60:16
strike 9:18 23:8 37:22 41:18,18
string 24:22,22 27:3 34:2 41:2
student 11:17,21 12:13 35:3 37:10 43:1
stuff 16:17 17:1 39:22 44:17
subject 37:8 41:7 48:5 49:10 54:2
submitted 35:4
subscribed 56:8 59:18
subscribing 60:21
Suite 2:3,7 32:23 60:10,16
support 9:21
supports 12:20
sure 4:12 9:8 10:1,2 17:25 31:15 33:1,2 40:10 45:5 46:12 55:12
suspicion 47:11
Svetlana 29:17,21,22
sworn 4:4 56:8 57:7 59:18

T

T 3:14
take 15:22 24:17 26:18 30:1 40:17 41:1 54:21
taken 1:22 25:19 40:20 55:2 60:13,19
talked 44:25
talking 14:17
Tampa 23:23,25
teaser 37:16
technical 11:12

**Tele** 2:5,10
**TELECONFEREN...**
  60:2
**TELEPHONE** 60:19
**tell** 26:19 52:2
**ten** 21:17,18,19 22:7
  23:6
**terms** 11:11 13:6
**testified** 4:4
**testimony** 10:18
  22:21 33:2
**Texas** 2:7 6:6,11,14
  6:18 7:4 11:5 14:22
  15:7 46:14 47:20,22
  47:22 51:22 60:10
**Thank** 4:7 18:12 55:1
**Thereupon--** 4:1
**they'd** 32:5 39:6
**thing** 45:24
**things** 22:19 27:8,10
  29:4
**think** 6:12 7:1 8:6
  9:24 11:9 13:21
  14:19 21:7,14,16
  22:3,25 23:21 25:16
  25:17 28:7 35:10
  36:3,10,15 39:7
  40:10 42:22,25,25
  43:3 46:19,19,21
  49:7 50:23 52:18,20
  53:6,11,12 54:12
**thinker** 46:22
**thinking** 17:1
**third** 26:7 38:25
**thirteen** 19:19,22
  20:7
**thirty** 54:22
**thoughts** 37:1
**three** 23:21 25:17
**Thursday** 27:21
**time** 6:11 7:19 8:7
  13:10 14:21 15:18
  21:8,11 22:7 26:23
  27:20 36:4,12,14,20
  51:22 60:20
**times** 22:3 23:4 25:17
  31:5 32:8
**Title** 43:24
**titled** 48:10
**today** 4:14,19 31:19
**told** 41:16 47:16
**tomorrow** 25:3 35:25

36:1 41:11
**top** 34:3 45:4
**topic** 35:9
**totally** 9:7 17:25
**touched** 49:21
**town** 23:11 31:15
  34:12,18 49:22
  53:21
**Toyko** 35:12
**trained** 5:14
**Transact** 48:11
**transaction** 11:13,14
  27:6 38:3
**transactions** 35:2
  47:21
**transcript** 55:12,16
  58:10,11 60:14,17
**TRANSCRIPTION**
  60:2
**transfer** 43:23,25
**travel** 21:15 22:13
  25:10,12
**traveler** 31:4
**traveling** 41:17
**trial** 60:20
**trick** 19:7
**trip** 21:19,22 22:18
  23:9 25:4 26:23
  27:13,22 28:1,10,11
  28:13,15,16,17,19
  28:20,24 39:18,19
  40:7,9
**trips** 23:13,16,17
  25:19,20
**true** 6:8 58:11
**truly** 37:18
**try** 13:5 23:9 26:17
  27:23 29:16
**trying** 19:7 23:9
  37:24 38:4,7 42:4
**turns** 41:9
**Tweed** 6:1
**twice** 23:22
**two** 5:24 11:22 16:3
  23:21 24:19 25:17
  33:19 49:21,24 50:4
  50:14,21 51:2,8
**type** 38:15
**typically** 21:25 22:2
  30:20,24

**U**

**ultimate** 49:14
**ultimately** 12:4 20:15
  52:24 53:10
**undergrad** 53:22
**undersigned** 57:6
**understand** 9:12,16
  9:20,22 10:7,12,18
  17:19,23 28:14
  30:23 31:8 34:17
  37:4 41:13 42:5
  48:18
**understanding** 5:14
  9:9 17:8,15,17 19:3
  43:5 49:12 52:5
**understood** 12:10
**UNITED** 1:1
**units** 52:6
**update** 27:23 51:18
**updated** 37:16
**updates** 35:1
**use** 7:21 36:7 37:2
  52:8

**V**

**v** 1:9 59:3 60:7
**vacation** 23:23
**Valley** 27:24
**value** 7:20
**vehicle** 43:1
**VIDEO** 60:2
**videoconference** 1:19
  56:1 58:8 60:13
**VIDEOTAPE** 60:1
**visit** 21:21 25:12
  40:12 52:10,15,17
  52:19
**visited** 21:2,10,11,16
  22:22,24 23:1 26:10
  36:18 41:22 50:6,7
  52:21 54:16
**visiting** 21:9 22:9

**W**

**waive** 55:5,14,16
**waived** 60:21
**WALDMAN** 2:2
**walked** 52:22
**want** 18:10,13 19:20
  19:25 20:5 27:9
  29:2 45:25 55:6,7
**wanted** 17:14 38:5
**wanting** 14:3
**Washington** 32:23

43:15
**wasn't** 41:17 44:2
**Waters** 15:15
**way** 32:20 50:19
  53:15
**we'll** 17:21 27:8
**we're** 5:1 17:2 24:8
  45:13 47:21
**we've** 5:2 13:23 17:5
  23:11 26:16 27:5
  29:14 32:16 40:16
**Weapon** 14:4,5
**website** 47:2
**Wednesday** 27:20
**week** 13:7,17 27:13
  34:12 35:3
**Wells** 2:8 5:5 8:3 9:25
  10:9 13:9,14 15:11
  16:20 17:9 18:6,8
  18:23 19:23 20:21
  25:5 28:2,21 31:1
  32:1 33:6 34:19
  35:20 36:5,22 38:10
  42:7,20 44:7 46:6
  47:13 50:22 51:10
  51:20 53:17 55:8,22
  55:24 60:9,12
**went** 19:6 23:22,23
**West** 11:16 60:16
**whichever** 60:20
**wife** 29:23
**wire** 43:23,25
**witness** 4:3 8:4 10:10
  13:10,15 15:12
  16:21 17:10 18:15
  18:24 19:24 20:22
  25:6 28:3,22 31:2
  34:20 35:21 36:6,23
  38:11 40:19 42:8,21
  44:8 46:7 47:14
  50:23 51:11,21
  53:18 54:25 55:17
  55:19 57:10
**wondering** 28:17
**work** 6:17 27:13
**worked** 27:5,18
**working** 6:16,19,22
  7:25
**works** 39:24
**world** 41:17,20,24
**Worth** 7:6

**wouldn't** 4:10 22:2
  31:5 54:23
**write** 34:25
**wrote** 28:4

**X**

**x** 1:13 3:1,14
**XL** 1:7 17:6,8,10,11
  17:12,14,15,16,17
  17:19,22,23 19:3,4
  32:21 42:25,25 43:4
  43:13 44:5,14,21,21
  59:3 60:7
**XL000026** 33:22
**XL000274** 45:18
**XL000302** 46:13
**XLs** 17:11,18

**Y**

**yeah** 6:8,10,13 8:23
  11:20 12:12 13:23
  14:5,6 16:1 17:18
  18:15 19:24 20:25
  23:18 25:14 40:19
  41:16 54:9
**years** 5:24 8:6 21:17
  21:18,19 22:7 23:21
**yesterday** 54:5
**York** 6:2 15:2 41:23

**Z**

**zone** 36:14
**Zoom** 1:15,19 2:1,21
  55:25 58:8 60:13

**0**

**06** 6:12
**07** 6:13

**1**

**1/1/16** 22:12
**1001** 60:16
**102** 2:3
**11** 26:17
**1100** 2:7 60:10
**112** 32:23
**12** 40:24
**132M** 35:3
**14** 52:21
**15** 52:21
**16** 1:16 59:4 60:14
**16th** 34:8
**17th** 39:23

**18th** 40:3
**19** 60:16

**2**

**2** 42:1
**2-point-something**
   43:4
**2,677,582.16** 43:24
**2.5** 42:21
**2:00** 1:16
**20** 60:20
**20-cv-24782-CIV-...**
   1:4
**2000** 6:10 14:19
**2005** 6:10
**2006** 6:10 14:19,20
   15:8,17,24,25
**2007** 6:9
**2011** 7:18 8:1
**2015** 52:14,19,20
**2016** 21:14 22:22,24
   23:2 25:18 34:5,8
   52:15
**2018** 13:13 25:2
   26:23 41:6
**2019** 29:19
**2020** 19:16
**2021** 1:16 56:10
   57:11 58:20 59:4,19
   60:6,14
**20th** 29:19 34:4
**22** 57:11 58:20 60:6
**23** 29:15 46:25
**23rd** 19:16
**24** 3:18
**25** 43:8
**25%** 37:13
**292098** 57:19
**2nd** 41:6

**3**

**3** 30:5 32:11 42:21
**3/19** 27:13
**3:26** 1:16 55:24
**305** 2:5
**305)374-2222** 60:4
**31** 48:3
**32** 53:25
**3250** 2:3
**33** 3:17,19 5:2,8
**33133** 2:3
**33139** 32:24
**34** 3:18 24:9,12

**35** 3:19 33:21,24
**3500** 2:7 60:10
**36** 3:20 39:9,12
**37** 3:21 45:14,16,20
**371-8809** 2:5
**3737** 19:15
**39** 3:20

**4**

**4** 3:8,10 8:13 10:24
   13:25 19:11 20:13
   35:2
**4:30** 42:2 60:18
**446** 43:20
**45** 3:21
**485-7207** 2:10

**5**

**5** 3:17
**5-16-2023** 57:18
**507** 43:16
**5pm** 35:13

**6**

**6** 25:1
**6pm** 36:1

**7**

**713** 2:10
**728-9886** 60:4
**77002** 2:7 60:10

**8**

**800** 32:22 43:15

**9**

**9** 37:6
**9:30** 60:18
**954** 60:4