

# City National Bank
Bci FINANCIAL GROUP

| | |
|---|---|
| Page: | 1 of 3 |
| Account: | XXXXXX0820 |

**Exhibit 3**

**EXHIBIT**
25 Moceri 02/12/21
exhibitsticker.com

### Client Service

**Online**
citynational.com

**CityTel**
305349-CITY (2489)
1-800-762-CITY (2489)

**Your Banking Center**
South Beach
446 Collins Avenue
Miami Beach, FL 33139

**Telephone**
305-534-3301
800-435-8839

1189 1 AV 0.375                                     P:1189 / T:5 / S:

XL FUNDING INC
800 WASHINGTON AVE APT 507
MIAMI BEACH FL 33139-5854

**Your Banking Center Hours**
Lobby:  Monday - Thursday:  8:00am - 4:00pm
        Friday:              8:00am - 6:00pm

For additional locations and hours, please visit citynational.com

 Member FDIC   EQUAL HOUSING LENDER

## Citysmart Ultimate Small Business Ckg
### Account Summary

### Daily Activity

| Date | Description | Deposits/Additions | Withdrawals/Subtractions | Balance |
|---|---|---|---|---|
| 04-05 | Wire Transfer Heritage Title Compan 111000753000407 | | 2,677,582.16 | |



# Deposit in a Snap!

Our app is free, but standard rates and fees may apply from your wireless carrier. App store is a service mark of Apple Inc. Android is a trademark of Google, Inc. Regular account charges apply. The Mobile Remote Deposit service is subject to eligibility. Deposit limits and other restrictions apply.

Continued on the next page



## Sign up for Online Statements! It's convenient, saves time and the environment!

**Here are some benefits of switching to Online Statements:**

- Receive your statements much faster.
- Additional protection against identity theft as statements can't be stolen out of the mail or trash bins.
- The planet will love you for it.

**Switch to Online Statements today by logging into your Online Banking!**

XL000593