Hillcroft/Skyline



417558v1

**Exhibit 4**

DEF003906

CLUSTER ORG CHARTS

5/23/19

EXHIBIT

Composite 4 Moceri 02/12/21

exhibitsticker.com



WINDSWEPT GARDENS
ORG CHART
5/30/19



413191v2

DEF003908

Colonial Woods – Org Chart

May 23, 2019



DEF003909

413193.2

La Hacienda/Hudson Bend Venture
Org Chart
10/20/2017





395238v1

DEF003910

Armadillo Org Chart
Post Closing
May 26, 2017



387116

Beacon
Org Chart
10/20/2017



395238v1

DEF003912

East Riverside Retail/Ballpark
ORG CHART
12/2/2018



**Notes**

- No person or entity not shown on this organizational chart owns 10% or more of the indirect equity interests in NRE Edge, LLC, NRE Zone, LLC or BP Riverside West, LLC.

- John J. Griggs III and Cross K. Moceri are the Guarantors.

404038v3

DEF003913



Final Version
Vantage Harlingen Org Chart
10.12.2017
Updated Post Closing Day

* - No individual investors owning
more than 20%

DEF003914



Brunswick Condo
ORG CHART
01/23/2018

DEF003915

Pegasus Landing, LLC
ORG CHART



DEF003916

# 6250 WESTPARK
## Proposed Org Chart



405856.1

DEF003917

# Pleasant Valley Org Chart
## 11/7/2017



379946v2

**DEF003918**