| | |
|---|---|
| **From:** | Cross Moceri |
| **Sent:** | Friday, November 22, 2019 4:13 PM CST |
| **To:** | Andrew Fischer |
| **CC:** | John Griggs; Michael Fischer; Will Andress; Michelle Xiong |
| **Subject:** | RE: Follow-Up |

Michelle, can you please send a dial in for 10am ET on Monday. Thanks

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Andrew Fischer <afischer827@gmail.com>
Date: 11/22/19 1:33 PM (GMT-06:00)
To: Cross Moceri <cmoceri@presidiumre.com>
Cc: John Griggs <jgriggs@presidiumre.com>, Michael Fischer <fsh13148@mac.com>, Will Andress <wandress@presidiumre.com>
Subject: Re: Follow-Up

Thanks for trying Cross. I really appreciate it.
I was surprised to hear that you were busy but I completely understand given the time of year. Given that, and my fathers health, let's please schedule a call for Monday between 10am EST to 1pm EST. Let us know what time works best for you.
Can you please let us know the date by when we need to make a final decision on ball park.
Look forward to speaking with you on Monday.
Thank you,
Andrew A Fischer

On Fri, Nov 22, 2019 at 8:58 AM Cross Moceri <cmoceri@presidiumre.com> wrote:

Hi Andrew,

I wanted to follow up on our conversation yesterday. Unfortunately, my schedule is completely full next week and I won't be able to fly out to Miami to visit. If you guys are unable to come out, let's just arrange a call to discuss open matters. The two pressing items are:

1. **Sale of Shenandoah**: the prospective buyer increased their offer to just under $20 million per the attached LOI, with non-refundable money. We suggest countering at $20 million and moving forward with the sale to this group.
2. **Refinance of 3737**: We can cash out approximately $4 million and lock in a historically low interest rate through an immediate refinance of the property. We absolutely need to do this.

Other matters can wait until later to discuss in person. I will be available to visit with you in Miami starting December 11th. Let us know if you'd like to set up a call.

Exhibit 30

DEF000951

Best regards,
Cross

**Cross Moceri** | Co-CEO

**PRESIDIUM**

1601 Rio Grande | Suite 300

Austin, Texas 78701

512.809.8131 (m)

512.494.4224 ex 103 (o)

cmoceri@presidiumre.com

www.presidiumre.com



--
Best regards, Andrew A Fischer

DEF000952